IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2748C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 45 days, through and including March 11, 2004, within which to file and to serve its response to the complaint. Our response is currently due on January 26, 2004. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our first request for an enlargement of time for this purpose.

The undersigned has only recently determined the identity of agency counsel. (Apparently, the processing of this complaint was delayed during the end of the year holidays.) Agency counsel was not previously familiar with the issues in this case and requires additional time to investigate the factual matters raised in the complaint and to prepare a litigation report. Agency counsel has represented that he should be able to provide the

relevant information to the undersigned so that the United States can file its response to the complaint on or before March 11, 2004.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until March 11, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

January 13, 2004