# In the United States Court of Federal Claims

**NOTICE**

**B.B. PALLETS, INC.**

**No. 03-2748 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., January 13, 2004**

To Attorney of Record, Assistant Attorney General, and Judge Baskir:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed January 13, 2004, for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk