IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2748C<br>(Judge Baskir) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of eight days, through and including March 19, 2004, within which to file and to serve its response to the complaint. Our response is currently due on March 11, 2004. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our second request for an enlargement of time for this purpose. The Court previously granted our first request for enlargement of time for this purpose of 45 days.

Additional time is necessary because counsel for the United States received comments regarding the complaint from the United States Customs and Border Protection ("Customs") only on March 3, 2004. Counsel for the United States requires additional time to review Customs's

recommendations and to incorporate those comments into the Government's response to the complaint.

Before receiving the comments from Customs, responsibilities in other cases pending in the court of appeals and this Court have prevented counsel from devoting adequate time to preparing the Government's response in this case. These other matters include: (1) participating in oral argument in Anderson v. United States (Fed. Cl. No. 00-212C) on February 12, 2004; (2) filing an opposition to plaintiff's motion to present evidence in oral argument in Metz v. United States (Fed. Cl. No. 00-540C) on February 13, 2004; (3) filing a status report in A.K. Suda, Inc. v. United States (Fed. Cl. No. 00-172C) on February 13, 2004; (4) filing a brief regarding the appropriateness of remand in a bid protest action ViroMed v. United States (Fed. Cl. No. 04-0021C) on February 17, 2004; (5) filing a joint status report in Harlan Sprague Dawley v. United States, (Fed. Cl. No. 03-862C) on February 17, 2004; (6) traveling to attend depositions away from the office between February 23, 2004 and February 25, 2005 in Bull v. United States (Fed. Cl. No. 01-56C); (7) filing a reply to defendant's motion to strike in ViroMed v. United States (Fed. Cl. No. 04-0021C) on March 1, 2004; and (8) submitting a letter brief in response to questions from the

Federal Circuit in Wallace v. Office of Personnel Management (Fed. Cir. 03-3087) on February 27, 2004.

Additionally, defendant's request for an additional eight days is warranted because defendant's counsel anticipates that, in addition to preparing the Government's brief in this case, he will be required to devote attention to other matters. These other matters include: (1) filing a response to the complaint in U.S. Fire Insurance Co. v. United States (Fed. Cl. No. 03-2811C) on March 11, 2004, a date that was previously extended by 30 days; (2) filing an opposition to plaintiff's motion for judgment upon the administrative record in Sutton v. United States (Fed. Cl. No. 03-90C) on March 11, 2004, a date that was previously extended by 51 days pursuant to two motions for enlargement of time; and (3) for filing a status report in A.K. Suda, Inc. v. United States (Fed. Cl. No. 00-172C) on March 12, 2004.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until March 19, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:
Ted Kundrat
Attorney
United States Customs and Border Protection
6026 Lakeside Blvd.
Indianapolis, IN 46278

March 8, 2004