# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC., | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 03-2748 |
| UNITED STATES, | ) | |
| *Defendant.* | ) | |

## <u>REQUEST FOR ENTRY OF DEFAULT</u>

To the Clerk of the Court—

Please be so kind as to make an entry of default against the United States. As reflected in the docket sheet, the United States has failed to file an answer by March 19, 2004, as required by the Court's March 8, 2004, order granting the United States a second enlargement of time. *See* RCFC Rule 55(a) ("When a party against whom affirmative relief has been sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk **<u>shall</u>** enter the party's default.") (emphasis added). A hard copy of this request has been sent to the ADR Judge assigned to this case, the Honorable Eric G. Bruggink, in accordance with his Special Procedures Order dated December 19, 2003.

Respectfully submitted,

Date: March 20, 2004

s/*A. Woodson Stuart*

A. Woodson Stuart, Esq.
JONES & STUART, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorneys for Plaintiff B.B. Pallets, Inc.*