# In the United States Court of Federal Claims

**NOTICE**

**B.B. PALLETS, INC.**

**No. 03-2748 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., March 24, 2004**

To Attorney of Record, Assistant Attorney General, and Judge Baskir:

Please take notice that in the above case, defendant having failed to respond to the complaint, there has been entered this day, an entry of default against defendant

Brian Bishop

Brian Bishop, Clerk