IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2748C<br>(Judge Baskir) |

DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT
AND MOTION FOR LEAVE TO FILE OPPOSITION
TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Defendant, the United States, respectfully submits this motion for leave to file opposition to plaintiff's request for entry of default and motion to set aside entry of default. Because the Clerk's entry of default was premature, this entry of default should be set aside. Furthermore, because the entry of default was improper, the United States should be allowed to file its opposition to the plaintiff's request for entry of default.

According to the PACER docket system, on Saturday, March 20, 2004, the plaintiff submitted a motion for entry of default pursuant to RCFC 55(a). In the same line as this entry, the PACER docket system states: "Response due by 4/6/2004."

The time for the United States to respond to the plaintiff's motion for entry of default has not elapsed. Thus, the clerk's office should not have

acted upon plaintiff's request until the United States had an opportunity to respond. Therefore, the United States respectfully requests that the Court set aside the default.

In conjunction with this motion, the United States is submitting its opposition to plaintiff's request for entry of default. This opposition explains why, as a substantive matter, a default should not be entered. The United States, accordingly, seeks leave to file the attached opposition to plaintiff's request for entry of default.

For these reasons, we respectfully request that the Court (1) set aside the entry of default, and (2) permit the United States to file its opposition to plaintiff's request for entry of default.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:
Ted Kundrat
Attorney
United States Customs and
Border Protection
6026 Lakeside Blvd.
Indianapolis, IN 46278

March 25, 2004