IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2748C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S OPPOSITION TO
PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Defendant, the United States, respectfully submits this opposition to plaintiff's Request For Entry Of Default, dated March 19, 2004. Because the time for responding to plaintiff's complaint has not expired, an entry of default would be improper.

On December 19, 2003, the Court issued its Special Procedures Order. This order changed the deadlines for filings. In pertinent part, the Special Procedures Order provides:

> 2. **Initial Pleadings.** . . . If defendant intends to proceed by dispositive motion in lieu of an answer, the defendant will identify the factual and legal bases for its anticipated motion as part of the JPSR.
> 3. **Dispositive Motions. No dispositive motion may be filed before the Preliminary Status Conference is conducted.** This Order supercedes the time for filing dispositive motions contained in the RCFC. A

> schedule governing the filing of dispositive motions will be determined at the Preliminary Status Conference.
>
> 4. **<u>Joint Preliminary Status Report</u>.** The JPSR must be filed with **45 days following** the Answer. . . . If defendant intends to proceed by motion, the JPSR must be filed within 45 days of when an Answer would otherwise be due and must contain the notice described above in paragraph 2.

Order, dated December 19, 2003 (all emphasis in original).

Here, the United States intends to file a motion to dismiss. The United States will set forth the basis of this motion in the JPSR, which is not due until 45 days after March 19, 2004, the date the answer to the complaint would have been due if the United States were to file an answer, rather than a dispositive motion. (The United States has calculated this date to be May 3, 2004.) Thus, the time for the United States to respond to the complaint has not expired.

For these reasons, we respectfully request that the Court deny plaintiff's Request For Entry Of Default.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:
Ted Kundrat
Attorney
United States Customs and
Border Protection
6026 Lakeside Blvd.
Indianapolis, IN 46278

March 25, 2004