DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

ENTRY SUMMARY AMENDED

AFFILIATED CUSTOMS BROKER EG6
3871 HARLEM ROAD-SUITE 12
BUFFALO NY 14215

| | | | |
|---|---|---|---|
| 1. Entry No. 7617686-0 | 2. Entry Type Code 01 ABI/A | 3. Entry Summary Date | EST # - 164 |
| 4. Entry Date 7/17/00 | 5. Port Code 0901 | | |
| 6. Bond No. 891 | 7. Bond Type Code 8 | 8. Broker / Importer File No. 30-034582 PAGE 1 | |

9. Ultimate Consignee Name and Address

J M MANUFACTURING
743 MAIN STREET SOUTH

WINNEBAGO MN 56098

PA
STATE

10. Consignee No. 84-0895616

11. Importer of Record Name and Address

B B PALLETS INC

701 RUE DUBOIS
ST EUSTACHE PQ J7P3W 1

12. Importer No. 920201-31290

| | |
|---|---|
| 13. Exporting Country CA | 14. Export Date 7/06/00 |
| 15. Country of Origin XQ | 16. Missing Documents |
| 17. I.T. No. | 18. I.T. Date |

| | | | |
|---|---|---|---|
| 19. B L or AWB No. | 20. Mode of Transportation 30 | 21. Manufacturer I.D. XQBBPAL701STE | 22. Reference No. 14-1776231-00 |
| 23. Importing Carrier ISG | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading 0901 | 27. Import Date 7/06/00 | | |

| 28. Line No. | 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 29. Description of Merchandise / 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 27 BDLS/WOOD BLOCKS | INV. | NO. 001 | N | | | |
| 001 | SHAPED WOOD | OTHER CONI | FEROUS: | | | | |
| | CA4409.10.9040 | 19,958 | 174 M2 | 5,664 | FREE | | FREE |
| | Permit A00 | 888888888 | 41 M3 | C 1 | | | |
| | INV VAL | US $ | 6,954.00 | | | | |
| | Less Freight | | 1,290.00 | | | | |
| | ENTVAL | | 5,664.00 | | | | |
| | BLOCK 39 SUMMARY : | | | | | | |
| | TOTAL ENTERED VALUE: | | 5,664.00 | | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☒ owner or purchaser or agent thereof.

I further declare that the merchandise
☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☒ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS |
|---|---|---|
| A. Liq. Code 25 | B. Ascertained Duty | 37. Duty .00 |
| | C. Ascertained Tax | 38. Tax |
| | D. Ascertained Other | 39. Other |
| | E. Ascertained Total | 40. Total .00 |

41. Signature of Declarant, Title and Date

PAUL S. KOVACS/DW
RECORD BUFFALO, N.Y. AS ATTY 8/01/00

MUST BE PAID BY 7/17/00

Customs Form 7501 (030984)

CF7501_0901_001

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

AFFILIATED CUSTOMS BROKER E06
173 WEST SERVICE ROAD
CHAMPLAIN NY 12919

| | | |
|---|---|---|
| 1. Entry No. 7125490-2 | 2. Entry Type Code 01 ABI/A | 3. Entry Summary Date |
| 4. Entry Date 3/20/00 | 5. Port Code 0712 | |
| 6. Bond No. 891 | 7. Bond Type Code 8 | 8. Broker / Importer File No. 10-142919 PAGE 1 |

9. Ultimate Consignee Name and Address
DIETRICH INDUSTRIES
BOX 68, ROUTE 22
BLAIRSVILLE PA 15717

NJ
STATE

10. Consignee No. 25-1072343

11. Importer of Record Name and Address
B B PALLETS INC
701 RUE DUBOIS
ST EUSTACHE PQ J7P3W 1

12. Importer No. 20201-31290

| | |
|---|---|
| 13. Exporting Country CA | 14. Export Date 3/09/00 |
| 15. Country of Origin XQ | 16. Missing Documents |
| 17. I.T. No. | 18. I.T. Date |

| | | | |
|---|---|---|---|
| 19. B L or AWB No. | 20. Mode of Transportation 30 | 21. Manufacturer I.D. XQBBPAL701STE | 22. Reference No. 14-1776231-00 |
| 23. Importing Carrier TNV | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading 0712 | 27. Import Date 3/09/00 | | |

| 28. Line No. | 29. Description of Merchandise: 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 31 BDLS WOODEN LOADING BLOCKS INV. NO. 001 | | | N | | | |
| 001 | OTHER PALLETS,OTHERLOAD BOARDS ~~~4415.20.8000~~ CA 4409.10.9040 | 20,309 | 15954 NO | 4,153 C 50 | FREE | | FREE |
| | INV VAL US $ / Less Freight / ENTVAL | | 5,218.42 / 1,065.00 / 4,153.00 | | | | |
| | BLOCK 39 SUMMARY : | | | | | | |
| | TOTAL ENTERED VALUE: | | 4,153.00 | | | | |

Cobbett 4/25 L[illegible]

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☐ owner or purchaser or agent thereof.

I further declare that the merchandise
☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code 781 | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | |
| | E. Ascertained Total | 40. Total | .00 |

41. Signature of Declarant, Title, and Date

CF7501_0712_001

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

AFFILIATED CUSTOMS BROKER E06
805C 10TH AVENUE
PORT HURON MI 48060

| | | |
|---|---|---|
| 1. Entry No. 7750581-0 | 2. Entry Type Code 01 ABI/A | 3. Entry Summary Date |
| 4. Entry Date 6/19/00 | 5. Port Code 3802 | |
| 6. Bond No. 891 | 7. Bond Type Code 8 | 8. Broker / Importer File No. 40-043847 PAGE 1 |

9. Ultimate Consignee Name and Address
KINGS COMPANY
555 TIBBETTS WICK ROAD
GIRARD OH 44420

COPY

10. Consignee No. 34-6604509

11. Importer of Record Name and Address
B B PALLETS INC
701 RUE DUBOIS
ST EUSTACHE PQ J7P3W 1

12. Importer No. 920201-31290

IN
STATE

| | |
|---|---|
| 13. Exporting Country CA | 14. Export Date 6/08/00 |
| 15. Country of Origin XQ | 16. Missing Documents |
| 17. I.T. No. | 18. I.T. Date |

| | | | |
|---|---|---|---|
| 19. B L or AWB No. | 20. Mode of Transportation 30 | 21. Manufacturer I.D. XQBBPAL701STE | 22. Reference No. 14-1776231-00 |
| 23. Importing Carrier MPH TRANSPORT | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading 3802 | 27. Import Date 6/08/00 | 01-01-2016 3301 | |

| 28. Line No. | 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 29. Description of Merchandise / 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 23 PALLETS | WOODEN LOADING BLOCKS INV. NO. 001/L10331 | | N | | Liquidate Sec Invoice | |
| 001 | OTHER PALLETS,OTHERLOAD BOARDS CA4415.20.8000 | 19,958 | 8568 NO | 5,217 C 250 | FREE | | FREE |

INV VAL US $ 7,417.44
Less Freight 2,200.00
ENTVAL 5,217.00

BLOCK 39 SUMMARY :

TOTAL ENTERED VALUE: 5,217.00

Case #
01-1-201633

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.
I further declare that the merchandise
[ ] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [X] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code 4 14 | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | |
| | E. Ascertained Total | 40. Total | .00 |

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

41. Signature of Declarant, Title, and Date
MICHELLE M. LYONZ/CU

RECORD

Customs Form 7501 (030

CF7501-3801_001

| | |
|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | CASE NUMBER F01<br>2001071220021201<br><br>PORT CODE AND NAME<br>0712 CHAMPLAIN<br><br>INVESTIGATION FILE NO. |
| B B PALLETS INC<br>701 RUE DUBOIS<br><br>ST EUSTACHE PQ J7P3W1 CA<br>ID: 98020131290 | |

DEMAND IS HEREBY MADE FOR PAYMENT OF $1,616.00, REPRESENTING LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:

ENTRY NUMBER EG6-71254902 PERMIT REQUIRED: 4/6/00
IMPORT DATE: 3/9/00 ENTRY DATE: 3/20/00
COUNTRY OF ORIGIN: XQ MERCHANDISE DESC: WOODEN LOADING BLOCKS
IMPORTER FAILED TO PROVIDE THE PERMIT NUMBER AND THE EXPORT FEE PAYMENT STATUS WITHIN 20 WORKING DAYS OF ENTRY. COMPUTATION OF CLAIM WAS BASED ON $100 PER THOUSAND FEET OF THE IMPORTED LUMBER.

OTHER LIQUIDATED DAMAGES

| LAW OR REGULATION VIOLATED | | BOND BREACHED | |
|---|---|---|---|
| OTHERLIQDAM<br>19CFR113.62(K)<br>19CFR12.140 | | BOND TYPE: 1<br><br>BOND#: 029501474 | |
| DESCRIPTION OF BOND:<br>IMPORTER BROKER | FORM NUMBER:<br>029501474 | AMOUNT:<br>$50,000.00 | DATE:<br>05/12/1995 |
| NAME AND ADDRESS OF PRINCIPAL ON BOND B B PALLETS INC<br>701 DUBOIS ST, ST EUSTACHE, CANADA, PQ J7P3W1 | | | |
| NAME AND ADDRESS OF SURETY ON BOND WASHINGTON INTERNATIONAL I<br>1200 ARLINGTON HEIGHTS ROAD, SUITE 400, ITASCA, IL 60143 | | | SURETY NO.<br>891 |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION. YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION. WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS, AND FORWARD TO THE U.S. CUSTOMS FP&F OFFICER AT
U.S. CUSTOMS SERVICE/FP&F, 127 NORTH WATER STREET, OGDENSBURG, NY 13669

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER OF CUSTOMS WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|
| CHARLES J. REED<br>BY | FP&F OFFICER | 11/22/2000 |

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

F03

NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

19 USC 1618, 19 USC 1623

Case Number: 2001-3801-201633-01
200138012016330 1

Port Name and Code: 3801 DETROIT, MI

Investigation File No.

TO: WASHINGTON INTERNATIONAL INS CO
1200 ARLINGTON HEIGHTS ROAD
SUITE 400
ITASCA ILCA60143

ID: 92020131290

PAGE 1 OF 1

DEMAND IS HEREBY MADE FOR PAYMENT OF $ 2,527.50, representing [ ] Penalties or [X] Liquidated Damages assessed against you for violation or law or regulation, or breach of bond, as set forth below:

ENTRY EG6-7750581-0 WAS FILED ON 06-19-00 AND IS SUBJECT TO THE PROVISIONS OF THE SOFTWOOD LUMBER AGREEMENT. LIQUIDATED DAMAGES ARE ASSESSED PURSUANT TO 19USC113.62(K) AND 113.62(1)(5) IN THE AMOUNT OF $100.00 PER THOUSAND BOARD FEET OF LUMBER. NO RELEIF WILL BE GRANTED UNTIL THE CERTIFICATE IS PROVIDED.

OTHER LIQUIDATED DAMAGES

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

ENTRY # EG6-7750581-0

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| OTHERLIQDAM<br>19CFR113.62 | BOND TYPE: IMPORTER BROKER<br>BOND # 029501474 |

| DESCRIPTION OF BOND (if any) | Form Number | Amount | Date |
|---|---|---|---|
| | | $ 50,000 | 05/12/1995 |

Name and Address of Principal on Bond: B S PALLETS INC
201 DUBOIS ST, ST EUSTACHE, CANADA, PQ J7P3K1

Name and Address of Surety on Bond: WASHINGTON INTERNATIONAL INS CO
1200 ARLINGTON HEIGHTS ROAD, SUITE 400, ITASCA, IL 60143

Surety Identification No.: 891

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the FP&F Officer at

U.S. CUSTOMS SERVICE/FP&F, 477 MICHIGAN AVE, RM 200, DETROIT, MI 48226

Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F Officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF (Days from the date of this Notice): 60

| Signature | Title | Date |
|---|---|---|
| DARRELL E. WOODARD<br>By | FP&F OFFICER 313-442-0369 | 06/05/2001 |

Customs Form 5955A (08/00)

CF5955A_3801_001

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

Form Approved. OMB No. 1515-0056. See back of form for Paperwork Reduction Act Notice.

1. PROTEST NO. (Supplied by Customs) 0901-00-100490

# PROTEST

Pursuant to Sections 514 & 514(a), Tariff Act of 1930 as amended. 19 CFR Part 174 et. seq.

NOTE: If your protest is denied, in whole or in part, and you wish to CONTEST the denial, you may do so by bringing a civil action in the U.S. Court of International Trade within 180 days after the date of mailing of Notice of Denial. You may obtain further information concerning the institution of an action by writing the Clerk of U.S. Court of International Trade, One Federal Plaza, New York NY 10007 (212-264-2800).

2. DATE RECEIVED (Customs Use Only) 12/14/00

## SECTION I — IMPORTER AND ENTRY IDENTIFICATION

3. PORT: Buffalo

4. IMPORTER NO.: 92020131290

6. NAME AND ADDRESS OF IMPORTER OR OTHER PROTESTING PARTY

B. B. Pallets Inc.
701 Dubois
St-Eustache (QC) J7P-3W1

5. ENTRY DETAILS

| PORT CODE | FILER CODE | ENTRY NO. | CHECK DIGIT | DATE OF ENTRY | DATE OF LIQUIDATION |
|---|---|---|---|---|---|
| 0901 | EG6 | 7614006 | 4 | 01/12/00 | 09/15/00 |

## SECTION II — DETAILED REASONS FOR PROTEST

7. With respect to each category of merchandise, set forth, separately, (1) each decision protested, (2) the claim of the protesting party, and (3) the factual material and legal arguments which are believed to support the protest. All such material and arguments should be specific. General statements of conclusions are not sufficient.

See Attached

(Attach Additional Sheets if necessary.)

## SECTION III — REQUEST FOR DISPOSITION IN ACCORDANCE WITH ACTION ON PREVIOUSLY FILED PROTEST

Protesting party may request disposition in accordance with the action taken on a previously filed protest that is the subject of a pending application for further review and is alleged to involve the same merchandise and the same issues. (See 19 CFR 174.13(a)(7).) To request such disposition, enter in Blocks 8 and 9 the protest number and date of receipt of such previously filed protest.

8. PROTEST NO. OF PREVIOUSLY FILED PROTEST

9. DATE OF RECEIPT

## SECTION IV — SIGNATURE AND MAILING INSTRUCTIONS

10. NAME AND ADDRESS OF PERSON TO WHOM ANY NOTICE OF APPROVAL OR DENIAL SHOULD BE SENT

Janet A. Forest
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Suite 600
Washington, DC 20006-2401

11. NAME, ADDRESS, AND CUSTOMS IDENTIFICATION NUMBER TO WHICH REFUND SHOULD BE SENT

B. B. Pallets Inc.
701 Dubois
St-Eustache (QC) J7P-3W1

12. IF FILING AS ATTORNEY OR AGENT, TYPE OR PRINT YOUR NAME, ADDRESS AND IMPORTER NUMBER, IF ANY

Janet A. Forest
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 20006-2401

13. SIGNATURE AND DATE

X Charles Ae Leger 12/13/2000

## (Optional) SECTION V — APPLICATION FOR FURTHER REVIEW (Fill in Item 1 above if this is a separate Application for Further Review.)

14. MARK BOX CORRESPONDING TO YOUR ANSWER TO EACH OF THE FOLLOWING QUESTIONS

| YES | NO | | |
|---|---|---|---|
| [ ] | [X] | (A) | Have you made prior request of a port director for a further review of the same claim with respect to the same or substantially similar merchandise? |
| [ ] | [X] | (B) | Have you received a final adverse decision from the U.S. Court of International Trade on the same claim with respect to the same category of merchandise or do you have action involving such a claim pending before the U.S. Court of International Trade? |
| [ ] | [X] | (C) | Have you previously received an adverse administrative decision from the Commissioner of Customs or his designee or have you presently pending an application for an administrative decision on the same claim with respect to the same category of merchandise? |

15. JUSTIFICATION FOR FURTHER REVIEW UNDER THE CRITERIA IN 19 CFR 174.24 AND 174.25

See Attached

(Attach Additional Sheets If Necessary.)

## SECTION VI — DECISION (CUSTOMS USE ONLY)

16. APPLICATION FOR FURTHER REVIEW EXPLANATION: [X] Approved* [ ] Denied for the reason checked: [ ] Untimely filed [ ] Does not meet criteria [ ] Other, namely

2-08-01

*When further review only is approved the decision on the protest is suspended, pending issuance of a protest review decision.

17. PROTEST EXPLANATION: [ ] Approved [ ] Rejected as non-protestable [X] Denied in full for the reason checked: [ ] Denied in part for the reason checked: [ ] Untimely filed [ ] See attached protest review decision [ ] Other, namely

Protest Denied per Headquarters Ruling # HQ-964900 dated 9/4/02

PRO Arthur J Rigg SEP 12 2002

18. TITLE OF CUSTOMS OFFICER

[illegible]

19. SIGNATURE AND DATE

[illegible signature]

Editions Prior to 090883 Are Obsolete.

Customs Form 19 (120495)

PROT_0901_00_100490_001

LQ1I EG6/76140064/001
TIME 07:48:39 ACS ENE ARCHIVE FILE QUERY QUERY DATE 03/04/04
RDP FILED 10901
DOC FIL LOC 030410-C462-007-003 ENTRY TYPE 01 HOLD OFFICE 164
IMPORTER NO 920201-31290 ENTRY DATE 011200 FORWARD DATE 011304
FILER CODE EG6 ENT SUM DATE 012400
ULT CONSIGN 34-660450900 SURETY CODE 891
CF4811 REF 14-177623100
BRKR REF NO 30026373
BOND NUMBER 029501474

| LIQ TID/CODE C71Y/903 | CLS CD | PAID AMOUNT | LIQUIDATED AMT | INTEREST AMT |
|---|---|---|---|---|
| LIQ DATE 091500 | DTY | 0.00 | 0.00 | 0.00 |
| | TAX | 0.00 | 0.00 | 0.00 |

NO CHANGE LIQ

* PROTEST FILED

[redacted]

```
ENXI EG6/76140064                                          PROD
TIME 07:48:28         ACS ENTRY ARCHIVE FILE QUERY      QUERY DATE 03/04/04
BRK-ENTRY NBR EG6 - 76140064  PORT 0901                 DATE: YYMMDD
*ENTRY RELEASE DATA: INPUT DTE 000112 TID A1ZI BATCH 001 REL DT 000112
               CREAT DTE 000112 CREAT TID A1ZI SEQNO 044 ENT DT 000112
*SUMMARY HEADER DATA:
  IMPNO    920201-31290 FILER CDE EG6     SURETY    891    DUTY          0.00
  ULCON    34-660450900 TEAM      164     NUMLINES  001     TAX          0.00
  REFNO    14-177623100 ENTRY TYP 01      BOND TYP  8      AD/CV         0.00
  SUM DTE  000124       SUM TID   C71Y    MISS DOC  ____   ESTFE         0.00
  INPT DTE 000124       BOND NO  029501474                 PDFEE         0.00
*SUMMARY COLLECTION DATA:         DUTY               0.00   TAX          0.00
  ABI STMTNO 0900024004           AD/CV              0.00 DEF TX         0.00
  COL DATE   ______ NUM COL ____0 ADMIN REFUND  N         BILLTX         0.00
*LIQUIDATION DATA:  LQ DATE  000915                        LQDTY         0.00
  LIQ CODE   903     EXT CDE 00    EXTDTE ______           LQTAX         0.00
  NUM LIQ    001     TIMEEXT __   EXNOTDT ______
  LQHOLD     0       DOC FIL LOC  030410-C462-007-003
*REJECTION/CORRECTION DATA:       CORDTE  000830 CORTID    C71Y TIMES CORR 007
                                  REJDTE  000124 REJTID    SYS  TIMES REJ  001
                                  CANDTE  ______ CANTID    ____ CAN REASON  00
  DUTY FREE       ENTRY SUMMARY  ENTRY LIQUIDATD                NOT LATE
```

[redacted]

CBP_ACS_001