ORIGINAL

# In the United States Court of Federal Claims

No. 03-2748C
(Filed: June 2, 2004)

FILED
JUN 2 2004
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * *
B. B. PALLETS, INC.

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case is part of the ADR Pilot program. The first early neutral evaluation was held with this judge on June 1, 2004. It was determined that further exploration of settlement possibilities should be deferred pending resolution of the government's intended motion to dismiss for lack of jurisdiction.

Government counsel will notify the ADR judge on the resolution of the motion to dismiss.

JOHN P. WIESE
Judge, for
ERIC G. BRUGGINK
Judge