# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: June 22, 2004)

*****************************************************
B.B. PALLETS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 10:00 a.m., on Thursday, July 8, 2004. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 219-9565**.

The Court intends to discuss Defendant's anticipated motion to dismiss this case for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

Accordingly, it is ORDERED that the **parties submit to the Court a Joint Briefing Schedule no later than July 2, 2004.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge