IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2748C<br>(Judge Baskir) |

**STATUS REPORT**

Pursuant to the Court's June 22, 2004 order, the United States respectfully submits this status report. The United States has discussed the content with the plaintiff, which concurs with its contents. The parties have discussed a proposed schedule for submitting briefs to address the motion to dismiss that the United States intends to file. This schedule is:

| | |
|---|---|
| July 23 | Date for the Government to file its motion |
| Aug. 4 | Date for the Plaintiff to file its opposition |
| Aug. 18 | Date for the Government to file its reply. |

The parties anticipate that the proposed schedule will be discussed during the Joint Preliminary Status Conference on July 8, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

July 1, 2004