# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: July 8, 2004)

| | |
|---|---|
| B.B. PALLETS, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

This order confirms matters discussed at the Status Conference that this Court held today, July 8, 2004. The Defendant intends to file a Motion to Dismiss. The Court hereby adopts the briefing schedule suggested by the parties:

1) The Defendant's Motion to Dismiss is due no later than July 23, 2004;

2) The Plaintiff's Opposition is due no later than August 4, 2004; and,

3) The Defendant's Reply is due no later than August 18, 2004.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge