IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2748C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of five days, through and including July 28, 2004, within which to file and to serve its motion to dismiss. Our response is currently due on July 23, 2004. This enlargement of time will cause a shift in other deadlines. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our first request for an enlargement of time for this purpose.

The undersigned attorney requires additional time to coordinate with counsel for the agency. During the joint preliminary status conference on July 8, 2004, the United States proposed a briefing schedule, setting July 23, 2004, as the date for filing a motion to dismiss. At that time, the undersigned attorney did not realize that primary agency counsel would not be available during the week of July 19, 2004. In an effort to meet the

deadline, a different attorney for the agency has attempted to comment upon the position taken by the United States. It has necessarily taken the second agency counsel some time to become familiar with this case.

The undersigned attorney participated in depositions in Bull v. United States, Fed. Cl. 01-56C on July 19-21, 2004. Preparing for and attending the depositions lasted these three days. When the undersigned attorney returned to the office on July 22, 2004, he was informed that the agency could not present its comments in time for them to be incorporated into the brief to be filed with the Court. This unanticipated delay explains why this motion for enlargement of time of five days is being filed one day before the deadline for filing the motion to dismiss.

Assuming that the Court extends the deadline for filing the Government's motion to dismiss, other deadlines should change as well. B.B. Pallet's opposition to the motion to dismiss is presently due on or before August 4, 2004. The parties jointly respectfully request that this deadline be extended to August 9, 2004. The Government's reply to the opposition to the motion to dismiss is currently due on or before August 18, 2004. The United States respectfully requests that this deadline be extended to September 3, 2004. (The United States is requesting more

than the usual 14 days to file a reply to a dispositive motion to accommodate the schedule of the undersigned attorney, who plans to be on annual leave from August 20, 2004 through and including August 27, 2004.

For the foregoing reasons, we respectfully request that this motion be granted and the time for filing the motion to dismiss be enlarged until July 28, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

July 22, 2004