# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: July 29, 2004)

| | |
|---|---|
| B.B. PALLETS, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

On July 22, 2004, the Defendant filed Defendant's Unopposed Motion for an Enlargement of Time. For the reasons stated therein, **the Court hereby grants Defendant's Motion.** Pursuant to the Motion, Defendant's Motion to Dismiss was filed on July 28, 2004. **Accordingly, we adopt the following modified briefing schedule:**

**Plaintiff's Opposition is due no later than August 9, 2004;**

**Defendant's Reply is due no later September 3, 2004.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge