IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2748C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CONSENT MOTION**
**FOR ENLARGEMENT OF TIME**

Plaintiff, B.B. Pallets, Inc., respectfully requests an enlargement of time of seven days, through and including August 16, 2004, to file its response to Defendant's motion to dismiss.

On August 5, 2003, the undersigned counsel spoke with Defendant's trial attorney, Christian Moran, Esq., by telephone and obtained his consent to the requested enlargement.

The undersigned counsel initially estimated that ten days would be enough time to prepare a response to Defendant's motion to dismiss (as opposed to the 28 days normally taken). Upon review of the motion, however, it became apparent that an additional week would be necessary for the undersigned counsel to address fully the

complex issues of customs law and administration raised in the motion.

For the foregoing reasons, we respectfully request that the time for responding to Defendant's motion to dismiss be enlarged to August 16, 2004, and the time for Defendant to file a reply be enlarged to August 31, 2004.

Respectfully submitted,

August 6, 2004

s/A. Woodson Stuart

A. Woodson Stuart
JONES & STUART, LLP
2300 M Street, N.W.
Washington, D.C. 20037
Tele: (202) 297-3196
Fax: (202) 318-8317

*Attorneys for Plaintiff BB Pallets*