# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: August 12, 2004)

*****************************************************
B.B. PALLETS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Plaintiff's consent **Motion for Enlargement of Time of 7 days** (filed August 6, 2004), is hereby **GRANTED as follows: Plaintiff shall file its response to Defendant's Motion to Dismiss by August 16, 2004. Defendant shall file a reply to its Motion to Dismiss by September 30, 2004.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge