# APPENDIX

# TABLE OF EXHIBITS

October 4, 2000 Letter from Janet A. Forest to Angela Ryan,
U.S. Customs Service Port Director....................................A-1

October 4, 2000 Letter from Janet A. Forest to Charles J. Reed,
U.S. Customs Service FP&F Officer ...................................A-2

October 4, 2000 Letter from Janet A. Forest to U.S. Customs Service,
Office of Field Operations, Attn: Mary Patric........................A-3

October 4, 2000 Letter from Janet A. Forest to U.S. Customs Service,
Office of Field Operations, Attn: Christine Furgason............A-4

October 4, 2000 Letter from Janet A. Forest to Kevin A. Halevan,
U.S. Customs Service, Office of Field Operations ..........A-5-15

October 4, 2000 Letter from Janet A. Forest to U.S. Customs Service,
Attn: Alexis Dubois....................................................A-16-17

October 12, 2000 Letter from Mark E. Mahoney,
U.S. Customs Service, to Janet A. Forest ....................A-18-19

January 2, 2001 Letter from Maureen B. O'Connor,
U.S. Customs Service, to Janet A. Forest ....................A-20-21

January 8, 2001 Letter from Maureen B. O'Connor,
U.S. Customs Service, to Janet A. Forest .........................A-22

January 9, 2001 Letter from Maureen B. O'Connor,
U.S. Customs Service, to Janet A. Forest .........................A-23

June 5, 2001 Letter from Mary Lou Recor,
U.S. Customs Service, to Janet A. Forest .........................A-24

October 12, 2000 Letter from Mark E. Mahoney,
U.S. Customs Service, to Janet A. Forest ....................A-18-19

November 22, 2002 Facsimile Transmittal from Jane Chambers,
U.S. Customs Service, to Andrew Stuart. ..........................A-25

Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Fax: 202-721-4646

Janet A. Forest
Customs Counsel
Direct Dial: 202-721-4790
E-mail: forest@hugheshubbard.com

August 28, 2000

***BY FACSIMILE AND FIRST CLASS MAIL***
Angela Ryan
Port Director
477 Michigan Avenue, Suite 200
Detroit, MI 48226

Re: Classification of Wooden Loading Blocks

Dear Ms. Ryan:

We are writing on behalf of our client, B.B. Pallets, Inc., to inform you that the classification of wooden loading blocks imported by B.B. Pallets is currently under review by U.S. Customs Headquarters. B.B. Pallets has entered wooden loading blocks under subheading 4415, HTSUS, since 1995. Recently, the U.S. Customs Service in Buffalo began requiring this merchandise to be entered under subheading 4409, HTSUS. This heading requires a softwood lumber permit.

While B.B. Pallets is currently entering shipments of wooden loading blocks under 4409, HTSUS, in accordance with Customs' direction to do so, we wish to inform you that it is doing so without prejudice to any of its rights to challenge Customs' classification of this merchandise through protest or in the courts. We also hereby request that any notices of liquidated damages for failure to have an export permit not be sent pending final resolution of this classification question or, alternatively, that the time for filing a petition in response to any liquidated damages notices be extended until this issue is resolved.

If you have any questions regarding this matter, please feel free to call me.

Sincerely yours,

Janet A. Forest

DC003676.367

20122 000

Hughes Hubbard & Ree LLP

1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Fax: 202-721-4646

Janet A. Forest
Customs Counsel
Direct Dial: 202-721-4790
E-mail: forest@hugheshubbard.com

September 29, 2000

***BY FIRST CLASS MAIL***
Mr. Charles J. Reed
FP&F Officer
U.S. Customs Service
127 North Water Street
Ogdensburg, NY 13669

Re: Liquidated Damages Notices Issued to B.B. Pallets, Inc. (Case Numbers 2000070820019801; 2000071220070401; 2000071220073001; 2000071220073301; 2000071220073201; 2000070820020401)

Dear Mr. Reed:

We are writing on behalf of our client, B.B. Pallets, Inc., to request that you suspend action on the liquidated damages notices issued to our client on September 7, 13 and 18, 2000, in connection with six entries of wooden loading blocks. It is our understanding that you have agreed to do this pending the outcome of our dispute with U.S. Customs over the classification of this merchandise.

It is our understanding that we have an extension of time to respond to the six liquidated damages notices referenced above until 60 days after resolution of the classification issue, whether that be by U.S. Customs or the courts. If you agree with our interpretation, please sign below and return a copy of this letter to me. Thank you very much for your consideration in this matter.

Sincerely,

Janet A. Forest

Signature:____________________
Date:____________________





One Battery Park Plaza
New York, NY
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, CA
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, FL
33131-4332
305-358-1666

Hughes Hubbard & Reed LLP

1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Fax: 202-721-4646

Janet A. Forest
Customs Counsel
Direct Dial: 202-721-4790
E-mail: forest@hugheshubbard.com

October 4, 2000

**CONFIDENTIAL**

***VIA FACSIMILE AND FIRST CLASS MAIL***
U.S. Customs Service
Office of Field Operations
Import Specialist Team 137
198 West Service Road
Champlain, New York 12919

Attn.: Mary Patric

Re: Response to CF 29 Dated September 15, 2000 (Entry Number 144-82249274)

Dear Ms. Patric:

We are writing, on behalf of our client, B.B. Pallets Inc., in response to your September 15, 2000 Notice of Action ("CF 29"), concerning the importation of wooden bed frame components. The CF 29 proposes to classify wooden bed frame components, entered under subheading 4421.90.9840, Harmonized Tariff Schedule of the United States ("HTSUS"), as lumber under subheading 4407.10.0015, HTSUS.

The bed frame components in this entry are all made of softwood and they have straight-cut ends. In reviewing the classification of this merchandise, we note that several customs rulings have held that, under the circumstances presented, wooden bed frame components with straight-cut ends are to be classified as lumber and radius-cut components are to be classified as other articles of wood. Although we do not necessarily agree with Customs' position that straight-cut bed frame components are classified as lumber, our client has decided not to dispute this at this time.

Respectfully Submitted,

Janet A. Forest



DC003677.421

One Battery Park Plaza
New York, NY
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, CA
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, FL
33131-4332
305-358-1666

Hughes Hubbard & Reed LLP

1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Fax: 202-721-4646

Janet A. Forest
Customs Counsel
Direct Dial: 202-721-4790
E-mail: forest@hugheshubbard.com

October 4, 2000

**CONFIDENTIAL**

***VIA FACSIMILE AND FIRST CLASS MAIL***
U.S. Customs Service
Office of Field Operations
Import Specialist Team 137
198 West Service Road
Champlain, New York 12919

Attn.: Christine M. Furgason

Re: Response to CF 29 Dated September 14, 2000 (Entry Number 144-82236784)

Dear Ms. Furgason:

We are writing, on behalf of our client, B.B. Pallets Inc., in response to your September 14, 2000 Notice of Action ("CF 29"), concerning the importation of wooden bed frame components. The CF 29 proposes to classify wooden bed frame components, entered under subheading 4421.90.9840, Harmonized Tariff Schedule of the United States ("HTSUS"), as lumber under subheading 4407.10.0015, HTSUS.

The bed frame components in this entry are all made of softwood and they have straight-cut ends. In reviewing the classification of this merchandise, we note that several customs rulings have held that, under the circumstances presented, wooden bed frame components with straight-cut ends are to be classified as lumber and radius-cut components are to be classified as other articles of wood. Although we do not necessarily agree with Customs' position that straight-cut bed frame components are classified as lumber, our client has decided not to dispute this at this time.

Respectfully Submitted,

Janet A. Forest

DC003677.353

Hughes Hubbard & Reed LLP

1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Fax: 202-721-4646

Janet A. Forest
Customs Counsel
Direct Dial: 202-721-4790
E-mail: forest@hugheshubbard.com

**CONFIDENTIAL**

October 5, 2000

***VIA FEDERAL EXPRESS***

Mr. Kevin A. Halevan
U.S. Customs Service
Office of Field Operations
Commodity Specialist Team 137
198 West Service Road
Champlain, NY 12919

Re: Response to CF 28, dated August 31, 2000 (Entry Number 144-8226139-4)

Dear Mr. Halevan:

We are writing on behalf of our client, B.B. Pallets, Inc., to respond to your August 31, 2000 Request for Information ("CF 28"), requesting a NAFTA Certificate of Origin and information regarding the classification and valuation of the merchandise imported in Entry Number 144-8226139-4. We were granted an extension of time to October 6, 2000 to respond to this notice.

The imported merchandise is wooden bed frame components with either straight-cut or radius-cut ends. *See* attached copy of the commercial invoice (Attachment 1). This merchandise is a product of Canada, as indicated on the attached NAFTA Certificate of Origin (Attachment 2).

The bed frame components are nailed together after importation to make frames for box springs. As indicated in the attached illustration (Attachment 3), these components are ready to



One Battery Park Plaza
New York, NY
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, CA
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, FL
33131-4332
305-358-1666

be assembled into frames for box springs without further fabrication after importation. This entry contained 26 bundles of bed frame components in sixteen different sizes.[1]

The merchandise was classified as other articles of wood under heading 4421, HTSUS, at the time of entry. In the course of reviewing the classification of this merchandise, we learned that there were several Customs rulings where U.S. Customs found that, under the fact situation presented, wooden bed frame components with straight-cut edges were classified as lumber and radius-cut components were classified as other articles of wood. Although we do not necessarily agree that straight-cut bed frame components are classified as lumber, our client has decided not to dispute this classification at this time. Thus, although the radius-cut bedframe components, as indicated on the commercial invoice (*see* Attachment 1) should remain classified under heading 4421, HTSUS, we will not dispute the reclassification of the straight-cut components under heading 4407, HTSUS.

B.B. Pallets, Inc., is both the seller of this merchandise and the importer. It is not related to the U.S. customer, Coastal Bedding Inc. There are no additions to the price paid for packing, commissions, proceeds that accrue to the seller, assists, royalties, or license fees.

The price on the CF 7501 is based on the price to the U.S. customer. The entered value was US$6438.00. This number was arrived at by deducting $3100.00 for transportation charges from the total value of $9538.42 on the *pro forma* invoice. *See* attached *pro forma* invoice (Attachment 4) and attached freight bill (Attachment 5). We wish to point out that the freight bill was in Canadian dollars. Thus, the freight deduction taken was inadvertently too high and, as a result, the entered value was understated. However, this had no duty impact as merchandise from Canada classified under subheading 4421.90.9840, HTSUS, is duty free. Furthermore, even if some of the merchandise is reclassified under heading 4407, HTSUS, this is also a duty-free provision.

---

1. We note that the last two bundles of merchandise on the *pro forma* invoice have been improperly characterized as wooden loading blocks. *See* copy of *pro forma* invoice (Attachment 4). This entry consists exclusively of wooden bed frame components.

Please advise us if there is any further information you require in connection with this entry or if you have any questions about this response.

Respectfully Submitted,

Janet A. Forest

Attachments