[illegible] | [illegible]
---|---
Palettes, | Pallets,
Bois industriel, | Industrial lumber
Bois pré-coupé | Precut lumber

No T.P.S. G.S.T. NO. :103243473

No T.V.P. P.S.T. No :1000781164

PAGE

[illegible] TEL.: (450) 472-9692 «FAX: (450) 472-8771»

VENDU A / SOLD TO

COASTAL BEDDING INC.
3501, N. ALCANIZ ST.
PENSACOLA, FL
32503

EXPEDIE À / SHIPPED TO

COASTAL BEDDING INC.
3501, N. ALCANIZ ST.
PENSACOLA, FL
32503

JH

| DATE | N. DE COMMANDE / ORDER NO | N. DE FACTURE / INVOICE NO | [illegible] |
|---|---|---|---|
| 07/17/2000 | | 32833 | 10530-31 |

| [illegible] | EXPEDIE VIA / SHIPPED VIA | [illegible] | N. DE LICENCE PROVINCIALE / PROVINCIAL LICENCE NO. | CONDITIONS |
|---|---|---|---|---|
| DESTINATION | EXCEL. #3729 | | | 1%/10 N/30 USFUNDS |

| [illegible] | | DESCRIPTION | | UNITES - UNITS | | MONTANT - AMOUNT |
|---|---|---|---|---|---|---|
| 1728 | 1728 | COA1-111/2321/2 PCS 1"X1-1/2"X32-1/2" — | | 1/1728 | 0.115 | 198.72 |
| 1728 | 1728 | COA1-111/2471/2 PCS 1"X1-1/2"X47-1/2"— | | 1/1728 | 0.168 | 290.30 |
| 1728 | 1728 | COA1-111/2541/2 PCS 1"X1-1/2"X54-1/2"— | | 1/1728 | 0.193 | 333.50 |
| 2496 | 2496 | COA1-1237 PCS 1"X2"X37"— | | 2/1248 | 0.177 | 441.79 |
| 1248 | 1248 | COA1-1252 PCS 1"X2"X52" — | | 1/1248 | 0.249 | 310.75 |
| 4992 | 4992 | COA1-1259 PCS 1"X2"X59" — | | 4/1248 | 0.269 | 1342.85 |
| 864 | 864 | COA1-1352 PCS 1"X3"X52" — | | 1/864 | 0.335 | 289.44 |
| 1248 | 1248 | COA1-12711/2 PCS 1"X2"X71-1/2" — | | 1/1248 | 0.328 | 409.34 |
| 1248 | 1248 | COA1-12761/2 PCS 1"X2"X76-1/2"— | | 1/1248 | 0.361 | 450.53 |
| 1728 | 1728 | COA1-13371/2RAD PCS 1"X3"X37-1/2" RADIUS — | | 2/864 | 0.312 | 539.14 |
| 864 | 864 | COA1-13521/2RAD PCS 1"X3"X52-1/2" RADIUS — | | 1/864 | 0.410 | 354.24 |
| 1728 | 1728 | COA1-13591/2RAD PCS 1"X3"X59-1/2" RADIUS — | | 2/864 | 0.455 | 786.24 |
| 2592 | 2592 | COA1-1374RAD PCS 1"X3"X74" RADIUS — | | 3/864 | 0.567 | 1469.66 |
| 2592 | 2592 | COA1-1379RAD PCS 1"X3"X79" RADIUS — | | 3/864 | 0.611 | 1583.71 |
| 624 | 624 | COA1-14371/2RAD PCS 1"X4"X37-1/2" RADIUS — | | 1/624 | 0.399 | 248.98 |

1,4790

Page Suivante... / Next Page...

ESCOMPTE ACCORDE [illegible] / DISCOUNT [illegible] | MONTANT DE L'ESCOMPTE $ / AMOUNT OF DISCOUNT $ | SI REÇU AVANT LE / IF RECEIVED BEFORE | TOTAL FACTURE / INVOICE TOTAL 9538.

[illegible] INTEREST FEES OF [illegible] PER MONTH (24% PER ANNUM) WILL BE APPLICATED ON ALL [illegible] | CREDIT

Bois industriel
Bois pré-coté

G.S.T. NO
P.S.T. No : 1000761164
PAGE

TEL.: (450) 472-9692 «FAX: (450) 472-8771»

VENDU A
SOLD TO

COASTAL BEDDING INC.
3501, N. ALCANIZ ST.
PENSACOLA, FL
32503

EXPÉDIÉ À
SHIPPED TO

COASTAL BEDDING INC.
3501, N. ALCANIZ ST.
PENSACOLA, FL
32503

JH

| DATE | N° DE COMMANDE / ORDER NO. | N° DE FACTURE / INVOICE NO. | |
|---|---|---|---|
| 07/17/2000 | | 32833 | 1 |

| | EXPÉDIÉ VIA / SHIPPED VIA | | N° DE LICENCE PROVINCIALE / PROVINCIAL LICENCE NO. | CONDITIONS |
|---|---|---|---|---|
| DESTINATION | EXCEL. #3729 | | | 1%/10 N/3 |

| | | DESCRIPTION | | | UNITÉS - UNITS |
|---|---|---|---|---|---|
| 624 | 624 | COA1-1479RAD | PCS 1"X4"X79" RADIUS | 1/624 | 0.784 |

#B-4725

Sous-Total/Subtotal
TPS/GST
TVP/PST

| ESCOMPTE ACCORDÉ SUR / DISCOUNT ON | MONTANT DE L'ESCOMPTE / AMOUNT OF DISCOUNT | SI REÇU AVANT LE / IF RECEIVED BEFORE |
|---|---|---|
| 9538.41 | 95.38 | 07/27/2000 |

INVOICE TOTAL FACTURE

CREDIT TOTAL CREDIT

... INTEREST FEES OF 2% PER MONTH (24% PER ANNUM) WILL BE APPLICATED ON ... OVERDUE ACCOUNTS NOT PAID WITHIN 30 DAYS
... THE MERCHANDISES AND THE ACCESSORIES DESCRIBED HEREIN SHALL REMAIN THE EXCLUSIVE AND SOLE PROPERTY OF B.B. PALLETS INC. AS LONG AS THE SALE PRICE HAVE NOT BEEN PAID IN FULL.

Attachment 2

02/15/2000 08:05 FAX 518 298 3 AFFILIATED CHAMdOL
01/17/00 09:29 FAX 514 288 3808 AFFILIATED INTL → AFF CHAMPLAIN 002/002
17-Jan-2000 08:15 From-B B PALLETS INC 14504728642 T-753 P.002/002 F-308

See back of form for Paperwork Reduction Act Notice.

# NORTH AMERICAN FREE TRADE AGREEMENT
# CERTIFICATE OF ORIGIN

OK DAT #809

Please print or type 19 CFR 181.11, 181.22

1. EXPORTER NAME AND ADDRESS
B.B. Palettes
701, rue Dubois
St-Eustache, Qc.
J7P 3W1
TAX IDENTIFICATION NUMBER: [illegible]

2. BLANKET PERIOD (DD/MM/YY)
FROM January 1st / 2000
TO December 31st / 2000

3. PRODUCER NAME AND ADDRESS
Available upon request
TAX IDENTIFICATION NUMBER: [illegible]

4. IMPORTER NAME AND ADDRESS
VARIOUS
TAX IDENTIFICATION NUMBER: [illegible]

| 5. DESCRIPTION OF GOOD(S) | 6. HS TARIFF CLASSIFICATION NUMBER | 7. PREFERENCE CRITERION | 8. PRODUCER | 9. NET COST | 10. COUNTRY OF ORIGIN |
|---|---|---|---|---|---|
| Unassembled crates ✓ | 4415.10 | A | YES | NO | CANADA |
| Melamine sheets ✓ | 4410.19 | B | NO.1 | NO | CANADA |
| Aluminium H. Channel ✓ | 7604.10 | B | NO.1 | NO | CANADA |
| Hardwood Lumber ✓ | 4407.99 | A | YES | NO | CANADA |
| Rock Salt ✓ | 2501.00 | A | NO.1 | NO | CANADA |
| Particule Board ✓ | 4410.19 | B | YES | NO | CANADA |
| Aluminium Channel ✓ | 7616.99 | B | NO.1 | NO | CANADA |
| Softwood Lumber ✓ | 4407.10 | A | NO.1 | NO | CANADA |
| Poly Foam Discs ✓ | 3926.90 | A | NO.1 | NO | CANADA |
| Particule Endboard with Hole ✓ | 4421.90 | A | NO.1 | NO | CANADA |
| Clear Plastic Tubing Rolls ✓ | 3917.21 | B | NO.1 | NO | CANADA |
| Masonite Sheets ✓ | 4410.11 | A | NO.1 | NO | CANADA |
| Plastic Channels ✓ | 3926.90 | B | NO.1 | NO | CANADA |
| Clean Plastic Tubing Rolls ✓ | 3917.32 | B | NO.1 | NO | CANADA |
| Pallets ✓ | 4415.20 | A | YES | NO | CANADA |
| Wooden Loading Blocks ✓ | 4415.20 | A | YES | NO | CANADA |
| Wooden Bed Frame parts ✓ | 4421.90 | A | YES | NO | CANADA |
| Rock Salt and Calcium ✓ | 3824.90 | A | NO.1 | NO | CANADA |

I CERTIFY THAT:

- THE INFORMATION ON THIS DOCUMENT IS TRUE AND ACCURATE AND I ASSUME THE RESPONSIBILITY FOR PROVING SUCH REPRESENTATIONS. I UNDERSTAND THAT I AM LIABLE FOR ANY FALSE STATEMENTS OR MATERIAL OMISSIONS MADE ON OR IN CONNECTION WITH THIS DOCUMENT;
- I AGREE TO MAINTAIN, AND PRESENT UPON REQUEST, DOCUMENTATION NECESSARY TO SUPPORT THIS CERTIFICATE, AND TO INFORM, IN WRITING, ALL PERSONS TO WHOM THE CERTIFICATE WAS GIVEN OF ANY CHANGES THAT COULD AFFECT THE ACCURACY OR VALIDITY OF THIS CERTIFICATE;
- THE GOODS ORIGINATED IN THE TERRITORY OF ONE OR MORE OF THE PARTIES, AND COMPLY WITH THE ORIGIN REQUIREMENTS SPECIFIED FOR THOSE GOODS IN THE NORTH AMERICAN FREE TRADE AGREEMENT, AND UNLESS SPECIFICALLY EXEMPTED IN ARTICLE 411 OR ANNEX 401, THERE HAS BEEN NO FURTHER PRODUCTION OR ANY OTHER OPERATION OUTSIDE THE TERRITORIES OF THE PARTIES; AND
- THIS CERTIFICATE CONSISTS OF 1 / 1 PAGES, INCLUDING ALL ATTACHMENTS.

| | |
|---|---|
| 11a. AUTHORIZED SIGNATURE: [signature] | 11b. COMPANY: B.B. PALETTES INC. |
| 11c. NAME (Print or type): HARRY KRAUS | 11d. TITLE: LUMBER SALES |
| 11e. DATE (DD/MM/YY): 20/12/99 | 11f. TELEPHONE NUMBER: (Voice) (450) 472-9692 (Facsimile) (450) 472-8771 |

Customs Form 434 (121793)

Attachment 3

