Attachment 4

P R O F O R M A I N V O I C E

B.B. PALLETS INC.
701 RUE DUBOIS
ST-EUSTACHE, PQ, CA
J7P 3W2
BN# 920201

L10530
PAGE / PAGES: 1 of 3

**SPECIAL INSTRUCTIONS**
C/O JENSON C.B.
LOAD # B-4725
P.O. # 113729

**ULTIMATE CONSIGNEE (NAME AND ADDRESS)**
COASTAL BEDDING
3501 N. ALCANIZ STREET
PENSACOLA, FL, US
32503
IRS# 63 1086 158

**CUSTOMS CLEARANCE BY**
*AFFILIATED CUSTOMS BROKERS U S A INC.*

**ORIGIN (COUNTRY/PROVINCE)**
CA / PQ

**DESTINATION (COUNTRY/STATE)**
US

**BUYER, IF OTHER THAN CONSIGNEE**
SAME
IRS#

**TERMS OF SALE - DELIVERY - ETC.**
☐ Ex factory ☑ At destination
or
Bill Customs charges to ☑ Shipper ☐ Consignee
or
Payable in USD Funds
Parties to this transaction are ☐ Related ☑ Not Related
Country of origin Canada ☑ US returned goods ☐ Other ☐

| SHIPPING DATE | INVOICE DATE | DATE OF SALE | CURRENCY |
|---|---|---|---|
| 2000/07/11 | 2000/07/14 | 2000/07/05 | USD |

IF FOREIGN GOODS IN SAME CONDITION AS IMPORTED GIVE COUNTRY OF ORIGIN →

LOCAL CARRIER
EXPORTING CARRIER EXCELLENT TRANSPORT
DECLARED VALUE FOR CARRIAGE
MERCHANDISE Temperature controlled ☐ Hazardous ☐
ITEM # | CLASS# | UN#

**MARKS AND NUMBERS, NUMBER AND KINDS OF PACKAGES, DESCRIPTION OF SHIPMENT**
26 BUNDLES

**GROSS WEIGHT AND CUBAGE**
44000 LB

| PACKAGES | PRODUCT # | DESCRIPTION | HS NUMBER | QUANTITY | UNIT PRICE | TOTA |
|---|---|---|---|---|---|---|
| 1 BDL | COA1 11½32½ | 1X1½X32½" WOODEN BED FRAME | 4421409840 | 1728 | $0.115 | $198.7 |
| 1 BDL | COA1 11½47½ | 1X1½X47½" WOODEN BED FRAME | 4421409840 | 1728 | $0.168 | $290.3 |
| 1 BDL | COA1 11½54½ | 1X1½X54½" WOODEN BED FRAME | 4421409840 | 1728 | $0.193 | $333.5 |
| 2 BDL | COA1 1237 | 1X2X37" WOODEN BED FRAME | 4421409840 | 2496 | $0.177 | $441.7 |
| 1 BDL | COA1 1252 | 1X2X52" WOODEN BED FRAME | 4421409840 | 1248 | $0.249 | $310.7 |
| 4 BDL | COA1 1259 | 1X2X59" WOODEN BED FRAME | 4421409840 | 4992 | $0.269 | $1,342.5 |
| 1 BDL | COA1 1352 | 1X3X52" WOODEN BED FRAME | 4421409840 | 864 | $0.335 | $289.4 |

ABOVE PRICES INCLUDE: Duty ☐ Brokerage ☐ Freight ☐

DECLARATION

DECLARATION BY FOREIGN SHIPPER ( To be completed only when to goods described above are of U.S. origin and their value exceeds $ 1000.00).
I ______________ declare that the articles herein specified are to the best of my knowledge and belief, the growth, produce or manufacture of the United States: That they were exported from the United States from the port of ______ on or about ______ that they are returned without having been advanced in value or improved in condition by any process of manufacture or other means.

SHIPPER SIGNATURE date signed 11:08:32 AM

**MODE OF TRANSPORTATION FROM POINT OF EXIT**
Road ☑ Rail ☐ Ocean ☐ Air ☐ Other ☐

**IF GOODS NOT SOLD, STATE REASON FOR EXPORT**
**(loan, repair, processing, etc.)**

**EXPORT PERMIT #**

**TOTAL**
Freight charges $3,100.00

**CONTAINERIZED** Yes ☐ No ☑

**THIRD PARTY BILLING (FREIGHT)**

**INSURANCE** ☐ Declared value

**FREIGHT** Prepaid ☑ Collect ☐

**US PORT OF ENTRY**

I HEREBY CERTIFY THAT THE INFORMATION GIVEN ABOVE AND ON THE CONTINUATION SHEET(S), IF ANY, IS TRUE AND COMPLETE IN EVERY RESPECT. GIVE FIRM NAME AND ADDRESS IF DIFFERENT FROM EXPORTER BOX ABOVE

**TERMS OF PAYMENT** C.O.D. ☐
OR

| PACKAGING | | MISC. TRANSPORT | |
|---|---|---|---|
| OCEAN OR INTL FREIGHT | | COMMISSION | |
| DOMICILE FREIGHT CHARGES | | CONTAINER | |
| INSURANCE | | ASSISTS | |

Shipper Signature ______ Date ______

Status: ☑ Owner ☐ Agent

INVOICE TOTAL See Last Page

PROFORMA 8.00-04-18 REV.00

# PRO FORMA INVOICE

L10530

PAGE 2 of 3 PAGES

B.B. PALLETS INC.
701 RUE DUBOIS
ST-EUSTACHE, PQ, CA
J7P 3W2
BN# 920201

**ULTIMATE CONSIGNEE (NAME AND ADDRESS)**
COASTAL BEDDING
3501 N. ALCANIZ STREET
PENSACOLA, FL, US
32503
IRS# 63 1086 158

**BUYER, IF OTHER THAN CONSIGNEE**
SAME
IRS#

**SPECIAL INSTRUCTIONS**
C/O JENSON C.B.
LOAD # B-4725
P.O. # 113729

**CUSTOMS CLEARANCE BY**
*AFFILIATED CUSTOMS BROKERS U S A INC.*

**ORIGIN (COUNTRY/PROVINCE)**
CA / PQ

**DESTINATION (COUNTRY/STATE)**
US

**TERMS OF SALE - DELIVERY - ETC.**
☐ Ex factory ☑ At destination
or
Bill Customs charges to ☑ Shipper ☐ Consignee
or
Payable in USD Funds
Parties to this transaction are ☐ Related ☑ Not Related
Country of origin Canada ☑ US returned goods ☐ Other ☐

| SHIPPING DATE | INVOICE DATE | DATE OF SALE | CURRENCY |
|---|---|---|---|
| 2000/07/11 | 2000/07/14 | 2000/07/05 | USD |

IF FOREIGN GOODS IN SAME CONDITION AS IMPORTED GIVE COUNTRY OF ORIGIN

**LOCAL CARRIER**
**EXPORTING CARRIER** EXCELLENT TRANSPORT
**DECLARED VALUE FOR CARRIAGE**
**MERCHANDISE** Temperature controlled ☐ Hazardous ☐

**ITEM #** **CLASS#** **UN#**

**MARKS AND NUMBERS, NUMBER AND KINDS OF PACKAGES, DESCRIPTION OF SHIPMENT**
28 BUNDLES

**GROSS WEIGHT AND CUBAGE**
44000 LB

| PACKAGES | PRODUCT # | DESCRIPTION | HS NUMBER | QUANTITY | UNIT PRICE | TOT[illegible] |
|---|---|---|---|---|---|---|
| 1 BDL | COA1 1271½ | 1X2X71½" WOODEN BED FRAME | 4421409840 | 1248 | $0.328 | $409.[illegible] |
| 1 BDL | COA1 1276½ | 1X2X76½" WOODEN BED FRAME | 4421409840 | 1248 | $0.361 | $450.[illegible] |
| 2 BDL | COA1 1337½R | 1X3X37½" WOODEN BED FRAME | 4421409840 | 1728 | $0.312 | $539.[illegible] |
| 1 BDL | COA1 1352½R | 1X3X52½" WOODEN BED FRAME | 4421409840 | 864 | $0.41 | $354.[illegible] |
| 2 BDL | COA1 1359½R | 1X3X59½" WOODEN BED FRAME | 4421409840 | 1728 | $0.455 | $786.[illegible] |
| 3 BDL | COA1 1374R | 1X3X74" WOODEN BED FRAME | 4421409840 | 2592 | $0.567 | $1,469.[illegible] |
| 3 BDL | COA1 1379R | 1X3X79" WOODEN BED FRAME | 4421409840 | 2592 | $0.611 | $1,583.[illegible] |

**ABOVE PRICES INCLUDE:** Duty ☐ Brokerage ☐ Freight ☐

DECLARATION BY FOREIGN SHIPPER ( To be completed only when to goods described above are of U.S. origin and their value exceeds $ 1000.00).
I ______________ declare that the articles herein specified are to the best of my knowledge and belief, the growth, produce or manufacture of the United States: That they were exported from the United States from the port of ______ on or about ______ that they are returned without having been advanced in value or improved in condition by any process of manufacture or other means.

SHIPPER ______ SIGNATURE ______ date signed 11:08:32 AM

**MODE OF TRANSPORTATION FROM POINT OF EXIT**
Road ☑ Rail ☐ Ocean ☐ Air ☐ Other ☐

**IF GOODS NOT SOLD, STATE REASON FOR EXPORT**
**(loan, repair, processing, etc.)**

**EXPORT PERMIT #**

**TOTAL**
Freight charges $3,100.00

**CONTAINERIZED** Yes ☐ No ☑

**INSURANCE** ☐ Declared value

**FREIGHT** Prepaid ☑ Collect ☐

**US PORT OF ENTRY**

**THIRD PARTY BILLING (FREIGHT)**

I HEREBY CERTIFY THAT THE INFORMATION GIVEN ABOVE AND ON THE CONTINUATION SHEET(S), IF ANY, IS TRUE AND COMPLETE IN EVERY RESPECT. GIVE FIRM NAME AND ADDRESS IF DIFFERENT FROM EXPORTER BOX ABOVE

Shipper Signature ______ Date ______

Status: ☑ Owner ☐ Agent

**TERMS OF PAYMENT** C.O.D. ☐
**OR**

| PACKAGING | | MISC. TRANSPORT | |
|---|---|---|---|
| OCEAN OR INTL FREIGHT | | COMMISSION | |
| DOMICILE FREIGHT CHARGES | | CONTAINER | |
| INSURANCE | | ASSISTS | |

INVOICE TOTAL See Last Page

PROFORMA INVOICE

B.B. PALETTE INC.
701 RUE DUBOIS
ST-EUSTACHE, PQ, CA
J7P 3W2
BN# 920201

L10530
PAGE 3 of PAGES 3

**ULTIMATE CONSIGNEE (NAME AND ADDRESS)**
COASTAL BEDDING
3501 N. ALCANIZ STREET
PENSACOLA, FL, US
32503
IRS# 63 1086 158

**SPECIAL INSTRUCTIONS**
C/O JENSON C.B.
LOAD # B-4725
P.O. # 113729

CUSTOMS CLEARANCE BY
*AFFILIATED CUSTOMS BROKERS U S A INC.*

**BUYER, IF OTHER THAN CONSIGNEE**
SAME
IRS#

**ORIGIN (COUNTRY/PROVINCE)**
CA / PQ

**DESTINATION (COUNTRY/STATE)**
US

**TERMS OF SALE - DELIVERY - ETC.**
☐ Ex factory ☑ At destination
or
Bill Customs charges to ☑ Shipper ☐ Consignee
or
Payable in USD Funds. Parties to this transaction are ☐ Related ☑ Not Related
Country of origin Canada ☑ US returned goods ☐ Other ☐

| SHIPPING DATE | INVOICE DATE | DATE OF SALE | CURRENCY |
|---|---|---|---|
| 2000/07/11 | 2000/07/14 | 2000/07/05 | USD |

IF FOREIGN GOODS IN SAME CONDITION AS IMPORTED GIVE COUNTRY OF ORIGIN

LOCAL CARRIER
EXPORTING CARRIER EXCELLENT TRANSPORT
DECLARED VALUE FOR CARRIAGE
MERCHANDISE Temperature controlled ☐ Hazardous ☐
ITEM # CLASS# UN#

**MARKS AND NUMBERS, NUMBER AND KINDS OF PACKAGES, DESCRIPTION OF SHIPMENT**
26 BUNDLES

**GROSS WEIGHT AND CUBAGE**
44000 LB

| PACKAGES | PRODUCT # | DESCRIPTION | HS NUMBER | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1 BDL | COA1 1437½R | 1X4X37½ WOODEN LOADING BLOCKS | 4415208000 | 624 | $0.399 | $248.9 |
| 1 BDL | COA1 1479R | 1X4X79" WOODEN LOADING BLOCKS | 4415208000 | 624 | $0.784 | $489.2 |

ABOVE PRICES INCLUDE: Duty ☐ Brokerage ☐ Freight ☐

DECLARATION

DECLARATION BY FOREIGN SHIPPER (To be completed only when to goods described above are of U.S. origin and their value exceeds $ 1000.00). I _____ declare that the articles herein specified are to the best of my knowledge and belief, the growth, produce or manufacture of the United States: That they were exported from the United States from the port of _____ on or about _____ that they are returned without having been advanced in value or improved in condition by any process of manufacture or other means.

SHIPPER SIGNATURE date signed 11:08:32 AM

**MODE OF TRANSPORTATION FROM POINT OF EXIT**
Road ☑ Rail ☐ Ocean ☐ Air ☐ Other ☐

**IF GOODS NOT SOLD, STATE REASON FOR EXPORT (loan, repair, processing, etc.)**

EXPORT PERMIT #
TOTAL Freight charges $3,100.00

**THIRD PARTY BILLING (FREIGHT)**

CONTAINERIZED Yes ☐ No ☑
INSURANCE ☐ Declared value

FREIGHT Prepaid ☑ Collect ☐

US PORT OF ENTRY

I HEREBY CERTIFY THAT THE INFORMATION GIVEN ABOVE AND ON THE CONTINUATION SHEET(S), IF ANY, IS TRUE AND COMPLETE IN EVERY RESPECT. GIVE FIRM NAME AND ADDRESS IF DIFFERENT FROM EXPORTER BOX ABOVE

Shipper Signature [signature] Date July 11/00
Status: ☑ Owner ☐ Agent

**TERMS OF PAYMENT** C.O.D. ☐
OR

| | | | |
|---|---|---|---|
| PACKAGING | | MISC. TRANSPORT | |
| OCEAN OR INTL FREIGHT | | COMMISSION | |
| DOMICILE FREIGHT CHARGES | | CONTAINER | |
| INSURANCE | | ASSISTS | |

INVOICE TOTAL $9,538.42

PROINVE 96-04-16 REV-00

Attachment 5

Excellent Transport
Flat Bed • Drop deck • Spécialisé

790, Bombardier
Mascouche (Québec)
J7K 1X9

Tél.: (450) 966-4444
Fax: (450) 966-9433

# FACTURE INVOIC

| N° FACTURE-INVOICE NO. | DATE FACTURE-INVOICE DATE |
|---|---|
| 15936 | 17/Jul/2000 |

EXPÉDITEUR-SHIPPER:
1)N.J.F.G.
ST ROCH L`ACHIGAN,PQ
2)ETCO

ACTON VALE QC

FACTURÉ À-BILLED TO:
B B PALLETS INC
701 RUE DUBOIS
ST EUSTACHE QC J7P3W1

CONSIGNATAIRE-CONSIGNEE:
COASTAL BEDDING
3501 ALCANIZ STREET
PENSACOLA FL

P.S.: 136719077 T.V.Q.: 1016161817

| N° COMMANDE-ORDER NO. | CONNAISSEMENT - BILL OF LADING | CUEILLETTE - PICK-UP | LIVRAISON - DELIVERY |
|---|---|---|---|
| B-4725 | 113729 | 11/Jul/2000 | 13/Jul/2000 |

| PIÈCES PIECES | DESCRIPTION | TAUX RATE | PAR PER | MONTANT AMOUNT |
|---|---|---|---|---|
| 1 | FULL LOAD OF LUMBER | | 4 | 3100.00 |

Le présent compte a été cédé et hypothéqué et est grevé par une sûreté consentie à
CORPORATION FINANCIÈRE BROME INC.
CP 40, Succ. B
Montréal QC H3B 3J5
Veuillez leur faire parvenir votre chèque libellé à leur ordre

RECEIVED
AUG 8 2000
B.B. PALLETS INC.
ST-EUSTACHE, QUE.

PAID
AUG 1_ 2000

POSTED

CONDITIONS: TERMS:
1- CENT LBS HUNDRED LBS 2- MILLE PIEDS THOUSAND FEET 3- MILLE MILE 4- TAUX FIXE FLAT RATE 5- TONNE TON 6- HE HC

NET 30 JOURS

TOTAL 3100.00 $ CDN

FRAIS DE SERVICE DE SERVICE CHARGE .00 PAR MOIS PER MONTH .00 PAR AN SUR COMPTE PASSÉ DÛ. PER ANNUM ON OVERDUE ACCOUNT.