Hughes Hubbard & Reed LLP

1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Fax: 202-721-4646

CCC/

Janet A. Forest
Customs Counsel
Direct Dial: 202-721-4790
E-mail: forest@hugheshubbard.com

October 17, 2000

**CONFIDENTIAL**

***VIA FACSIMILE AND FIRST CLASS MAIL***
U.S. Customs Service
50 Main Street
St. Albans, VT 06478

Attn.: Alexis Dubois

Re: Response to CF 29 Dated September 28, 2000

Dear Mr. Dubois:

We are writing, on behalf of our client, B.B. Pallets Inc., in response to your September 28, 2000 Notice of Action (CF 29), concerning the importation of wooden bed frame components and wooden loading blocks. The first entry covered by the CF 29, entry number EG6-7083583-4 (October 6, 1999), involves wooden bed frame components. The second entry, entry number EG6-7083611-3 (October 8, 1999), involves wooden loading blocks.

The CF 29 proposes to classify wooden loading blocks, entered under subheading 4415.20.8000, Harmonized Tariff Schedule of the United States ("HTSUS"), as continuously shaped lumber under subheading 4409.10.9040, HTSUS, and wooden bed frame components with square-cut ends, entered under subheading 4421.90.9840, HTSUS, as lumber under subheading 4407.10.0015, HTSUS.

Wooden Bed Frame Components

All of the bed frame components in entry number EG6-7083583-4 have straight-cut ends. In reviewing the classification of this merchandise, we note that several customs rulings have held that, under the circumstances presented, wooden bed frame components with straight-cut ends are to be classified as lumber and radius-cut components are to be classified as other articles of wood. Although we do not necessarily agree with Customs' position that straight-cut bed frame components are classified as lumber, our client has decided not to dispute this at this time.



One Battery Park Plaza
New York, NY
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, CA
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, FL
33131-4332
305-358-1666

Loading Blocks

As a preliminary matter, it must be noted that all of the wooden loading blocks in entry number EG6-7083611-3 are made of poplar. Because poplar is hardwood, products made thereof are not subject to the importation requirements of the U.S./Canada Softwood Lumber Agreement. Accordingly, provision of a permit number and payment of $100 per thousand board feet of lumber is unwarranted.

Furthermore, we respectfully disagree with your proposal to reclassify the wooden loading blocks for two reasons. First, we do not believe this merchandise is lumber and, second, because U.S. Customs did not provide proper notice of a change in treatment of this merchandise, as required under 19 U.S.C. § 1625(c) ("section 625(c)").

We have submitted a request for internal advice from U.S. Customs Headquarters on both the classification and the section 625(c) issues. We request that you delay the liquidation of any entries of this merchandise until this matter is resolved with Headquarters.

Respectfully Submitted,

Janet A. Forest

**U.S. Customs Service**
111 W. Huron Street, Room 603
Buffalo, New York 14202

October 12, 2000

Hughes Hubbard & Reed LLP
1775 I Street N.W.
Washington, DC 20006-2401

Attn: Janet A. Forest

Dear Ms. Forest,

This is in response to your request for Internal Advice in accordance with 19C.F.R. 117.11. You are seeking internal advice from U.S. Customs Headquarters on behalf of your client B.B. Pallets, Inc. This represents a difference of opinion as to the proper classification of wooden loading blocks and whether the notice requirements of 19 USC 1625 apply to this situation.

The issue involves whether certain loading blocks imported into the United States by B.B. Pallets is properly classified as other load boards under Harmonized Tariff Schedule (HTS) 4415 or as continuously shaped wood under HTS 4409.

The position taken by the port of Buffalo is that these wooden loading blocks are properly classified under HTS 4409 – the provision for continuously shaped wood. This decision is based upon three Customs rulings concerning the classification of wooden loading blocks (NY F86079 dated 5/10/00, NY B83844 dated 4/17/97 and NY B86507 dated 8/18/97) which placed the classification under HTS 4409. Therefore, we consider the proposed CF29 Notice of Action dated 7/6/00, issued to B.B. Pallets sufficient notice as to the proper classification of the imported loading boards.

According to Section 177.11(b)(5) of the Customs Regulations (19 C.F.R. 117.11(b)(5), the Customs Service has decided not to consider your question presented under the Internal Advice procedure. The period of time necessary to give adequate consideration to the question presented would result in a withholding of action with respect to the transactions. Furthermore, the questions presented can subsequently be raised in the form of protest filed in accordance with the provisions of part 174 of the Customs Regulations.

TRADITION ★ SERVICE ★ HONOR

The applicable tariff provision for the wooden loading blocks imported into the United States by B.B. Pallets Inc. is HTS 4409.10.9040/free. The goods are therefore subject to US/Canadian Softwood Lumber Agreement and require a permit.

If any additional information is needed in this matter, please contact Import Specialist, Darlene Headley at (716) 646-3510.

Sincerely yours,

Mark E. Mahoney
APD Trade Operations

FILE: BB PALLET
020122.0001

U.S. CUSTOMS SERVICE 1789

**U.S. Customs Service**

111 W. Huron Street, Room 603
Buffalo, New York 14202

January 02, 2000

FPF Cases: 2001090120012801
2001090120012901
2001090120013001
2000090120336501
2000090120336601
2000090120336701
2000090120336801
2000090120337001
2000090120337301

Hughes Hubbard & Reed
1775 I Street N.W.
Washington, DC 20006-2401

Attn: Janet A. Forest

Re B.B. Pallets

Dear Ms. Forest:

This is in response to the above referenced cases issued to your client B.B. Pallets and your requests to this office that we suspend action until February 26, 2001 pending the outcome a classification dispute with Customs. (note: B.B. Pallets is not the importer of record on case 2001090120019101 cited in your November correspondence) The impression given was that an internal advice was pending with our Service Headquarters Office of Regulations and Rulings.

We have not taken action on these cases or any others that may have been issued since your initial request. We have, though, recently discussed the classification dispute with the concerned Import Specialist as well as with our Service Headquarters Office of Regulations and Rulings. We found that the Import Specialist denied your request for internal advice by letter dated October 12, 2000. We also found that the Office of Regulations and Rulings has no open file with regard to your client for internal advice. You were further advised by that office to deal with the port on the matter of classification.

As no internal advice is pending, we will no longer suspend action on these or subsequent cases. We will, however, accept petitions for relief from liquidated damages submitted by February 26, 2001 for the above referenced cases. Petitions on any cases not listed above are due within 60 days from the date of

TRADITION ★ SERVICE ★ HONOR

the notice of liquidated damages. Extensions to submit petitions may be granted provided they are requested in writing, giving a reason for the request as well as the date by which the petitions will be filed.

Petitions must be addressed to my attention at US Customs, 111 West Huron Street, Room 603, Buffalo New York 14202.

Sincerely,

Maureen B. O'Connor
Fines, Penalties and
Forfeitures Officer