FILE: BB Pallets
0122.0001

**U.S. Customs Service**
111 W. Huron Street, Room 603
Buffalo, New York 14202

January 8, 2001

FPF Case No. 2001090120016301 – 20016801
2001090120017001-20017301
2001090120017501;
2001090120017701;
2001090120018501

Janet A. Forest
Hughes Hubbard & Reed
1775 I Street, N.W.
Washington, D.C. 20006-2401

Re: B.B. Pallets Inc.

This is in response to your January 5, 2001 letter request we suspend action on the above referenced liquidated damages cases pending resolution of the classification difference with Customs.

Please refer to our January 2, 2001 letter wherein we explain that we will no longer suspend action on cases issued against your client. Customs headquarters does not have an open case on your client, and has advised you to deal directly with the port. The port denied your request for internal advice. You were advised that protest was an option open to you. Customs does not and will not suspend issuance of liquidated damages or processing of those cases on the basis of protests that may be or have been filed.

You may file petitions on these cases. If extensions are required in order to prepare petitions, you may request these in writing. Your requests should explain the reason for the extension request and indicate when you anticipate the petitions will be filed.

Sincerely,

Maureen B. O'Connor
Fines, Penalties and
Forfeitures Officer

TRADITION
★
SERVICE
★
HONOR

**U.S. Customs Service**
111 W. Huron Street, Room 603
Buffalo, New York 14202

January 9, 2001

Janet A. Forest
Hughes Hubbard & Reed
1775 I Street, N.W.
Washington, D.C. 200006-2401

Re: B.B. Pallets

Dear Ms. Forest:

This is in regard to our telephone conversation today concerning suspending action on liquidated damages cases assessed against your client B.B. Pallets, Inc.

If you will send a petition(s) noting which cases involve entries for which you have submitted a protest(s), I will hold those cases in abeyance pending the protest(s) decision. I have asked the Import Specialist to advise me of decisions made on the protests in order to proceed with processing the cases based on those decisions.

If you have questions or further concerns, please contact me at 716-646-3404.

Sincerely,

Maureen B. O'Connor
Fines, Penalties and
Forfeitures Officer

TRADITION
★
SERVICE
★
HONOR

**U.S. Customs Service**
50 South Main Street
St. Albans, VT 05478

June 5, 2001

Janet A. Forest
Hughes, Hubbard & Reed
1775 I Street, N.W.
Washington, DC 20006-2401

Re: Case #2000 0201 200488 01 - 491 01, 2001 0201 200014 01

Dear Ms. Forest:

On November 21, 2000, you requested an extension to file petition on behalf of your client, B.B. Pallets, Inc. On November 22, we granted the extension until 60 days from the resolution of the classification dispute between your client and the Customs Service. We updated our computer system to reflect the extension.

Since then, however, B.B. Pallets inadvertently received bills for liquidated damages. We have updated the system once again to reflect the extension. If your client receives any further bills for liquidated damages prior to resolution of the classification dispute, please contact me.

Sincerely,

Mary Lou Recor
FP&F Officer

TRADITION
★
SERVICE
★
HONOR

# FACSIMILE TRANSMITTAL

Directive 2110-035

Date: November 22, 2002 **Control Number:**

To: **Andrew Stuart Esq.**

Fax number: **202-879-5200**

Sender: **Jane Chambers**

Originating location: **FP&F, Ogdensburg, NY**

Return fax number: **315-393-3746**

Voice number: **315-393-0151 ext. 203**

Number of pages including this cover: **1**

Remarks:

Mr. Stuart, **I looked at my BB Pallets cases and contacted our entry division. As the protest was filed in Buffalo and there were no protests filed on any of the Champlain Area Service Port entries the liquidation was not suspended on these entries. My headquarters office had previously given me permission to suspend action on the liquidated damage claims until a decision was made on the Buffalo protest. I suspended action (on the claims only) on all of them (including bedframes) as I believe counsel questioned the "piecemeal" payment of the claims, and a decision on the protest was to be issued shortly. I do not know the status of the bed frame entries in the other ports. Please let me know if you are going to be able to contest the bedframe issue in any way so that I can contact HQ as to these claims.**

★ TRADITION ★ SERVICE ★ HONOR

Important: This document may contain confidential and sensitive U.S. Government information. Please deliver it immediately only to the intended recipient(s) listed above. The Customs Service has not approved the documents review, retransmission, dissemination, or use by anyone other than the intended recipient(s).

U.S. CUSTOMS SERVICE 1789

Customs Form 3 (01/02)

U.S. CUSTOMS