IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2748C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 14 days, through and including September 17, 2004, within which to file and to serve its reply to plaintiff's opposition to defendant's motion to dismiss. Our response is currently due on September 3, 2004. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our first request for an enlargement of time for this purpose.

Although somewhat extraneous, an explanation about how the deadline for our reply came to be set at September 3, 2004 is provided as background. Following a status conference, on July 8, 2004, the Court established a briefing schedule for the filing of the defendant's motion to dismiss (July 23, 2004), the plaintiff's opposition (August 4, 2004), and the defendant's reply (August 18, 2004). On July 22, 2004, the United States

filed a motion for enlargement of time to file the motion to dismiss, seeking an extension until July 28, 2004. The motion noted that other deadlines should change and requested that the deadline for the plaintiff's opposition be set for August 9, 2004, and that the deadline for the defendant's reply be set for September 3, 2004. On July 29, 2004, the Court granted the motion and set all deadlines as requested.

On August 6, 2004, the plaintiff filed a motion for enlargement of time for filing its opposition and requested that the deadline be extended for one week, until August 16, 2004. The plaintiff also requested that the time for filing the United State's reply also be extended. However, the plaintiff's motion unintentionally proposed the wrong date, August 30, 2004. Before the plaintiff filed its motion for enlargement of time, the Court had set the date for filing the defendant's reply at September 3, 2004. On August 12, 2004, the Court granted the plaintiff's motion and set the date for filing the reply as "September 30, 2004." Subsequently, this deadline was changed to September 3, 2004. Arguably, the defendant's response should officially be due on September 10, 2004, because that date affords the United States the same one week extension sought by the plaintiff in its motion for enlargement of time, dated August 6, 2004.

Regardless of whether the date the reply is due is September 3, 2004 or September 10, 2004, the United States requests that the time for filing its reply be extended until September 17, 2004. As noted previously, counsel for B.B. Pallets represented that it does not oppose this enlargement.

The United States is requesting more than the usual 14 days to file a reply to a dispositive motion to accommodate the schedule of the undersigned attorney, who plans to be on annual leave from August 20, 2004 through and including August 27, 2004. The undersigned will also be on leave, out of the office, on Friday, September 3, 2004, and Monday, September 6, 2004 is the Labor Day holiday.

During the week of August 30, 2004, the undersigned is responsible for filing briefs or status reports in three separate cases. On August 30, 2004, the undersigned is required to file a status report in <u>Metz v. United States</u>, Fed. Cl. No. 00-540C. On September 1, 2004, the undersigned is required to file a status report in <u>United States Fire Ins. Co. v. United States</u>, Fed. Cl. No. 03-2811C. By September 3, 2004, the undersigned intends to file a motion to dismiss for lack of jurisdiction in <u>Paden v. Secretary, Department of Veterans' Affairs</u>, Fed. Cir. No. 04-7122.

During the following week, the undersigned is responsible for filing an appellate brief in Moore v. Department of the Treasury, Fed. Cir. No. 04-3249. The undersigned will also attend a status conference in United States Fire Ins. Co.

In addition, the office in which counsel for the United States Customs and Border Protection works is currently short-staffed because of annual and sick leave. Thus, representatives of the agency require additional time necessary to assist in coordinating the contents of our reply brief.

For these, we respectfully request that this motion be granted and the time for filing the reply to plaintiff's opposition to defendant's motion to dismiss be enlarged until September 17, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:
Ted Kundrat
Attorney
United States Customs and
Border Protection
6026 Lakeside Blvd.
Indianapolis, IN 46278

August 19, 2004