# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: September 15, 2004)

*****************************************************
B.B. PALLETS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

On September 14, 2004, Judge Block issued an opinion in *Forest Products Northwest, Inc., v. United States*, Case No. 03-2485C. Should the parties wish to address Judge Block's ruling in *Forest Products*, they may submit supplement briefs by no later than October 6, 2004. The briefs are limited to five pages in length. The Defendant is reminded that under our Special Procedures Order it may not address *Forest Products* in its Reply.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge