IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2748C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of seven days, through and including September 24, 2004, within which to file and to serve the Consolidated Statement of Uncontroverted Facts ("CSPF"). The CSUF is currently due on September 17, 2004, the date of the reply brief. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our first request for an enlargement of time for this purpose.

Pursuant to the Court's special procedures order, dated December 19, 2003, ¶¶ 11-12, the United States provided a copy of its "Statement of Facts" on July 28, 2004, to opposing counsel. Counsel for B.B. Pallets was required to respond to the statement of facts as indicated in the Court's special procedures order.

When counsel for the United States was preparing its reply brief, the undersigned realized that he had not received comments about the "Statement of Facts" from counsel for B.B. Pallets. The undersigned informed counsel for B.B. Pallets about this oversight on Thursday, September 16, 2004. Counsel for B.B. Pallets suggested that the United States seeks an enlargement of time of one week to allow the parties to coordinate the filing of the CSUF.

For these, we respectfully request that this motion be granted and the time for filing the consolidated statement of uncontroverted facts be enlarged until September 24, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy by Deborah A. Bynum
PATRICIA M. McCARTHY
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:
Albert Kundrat
Attorney
United States Customs and Border Protection
6026 Lakeside Blvd.
Indianapolis, IN 46278

September 17, 2004