# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: September 21, 2004)

**************************************************
B.B. PALLETS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

**Defendant's unopposed Motion for an Enlargement of Time, until September 24, 2004, to file the Consolidated Statement of Uncontroverted Facts is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge