IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2748C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 11 days, through and including October 5, 2004, within which to file and to serve the Consolidated Statement of Uncontroverted Facts ("CSPF"). The CSUF is currently due on September 24, 2004. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our second request for an enlargement of time for this purpose. The Court previously granted our first request of seven days.

Pursuant to the Court's special procedures order, dated December 19, 2003, ¶¶ 11-12, the United States provided a copy of its "Statement of Facts" on July 28, 2004, to opposing counsel. B.B. Pallets should have provided any facts that it wished to include in the CSUF when B.B. Pallets filed its opposition brief on August 6, 2004.

B.B. Pallets provided a statement of facts to the United States on Wednesday, September 23, 2004. This was unexpected because the United States anticipated that B.B. Pallets would only respond to the facts proposed by the United States, rather than propose "new" facts. The United States requires time to investigate the facts asserted by B.B. Pallets. In addition, the parties will need to combine the two separate statements into one consolidated statements.

For these reasons, we respectfully request that this motion be granted and the time for filing the consolidated statement of uncontroverted facts be enlarged until October 5, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:
Albert Kundrat
Attorney
United States Customs and
Border Protection
6026 Lakeside Blvd.
Indianapolis, IN 46278

September 24, 2004