# APPENDIX

# INDEX TO APPENDIX


| DOCUMENT | PAGE |
| --- | --- |
| Entry Summary EG6-7614006-4 (Customs Form 7501), dated January 24, 2000 | 1 |
| Entry Summary EG6-7614450-4 (Customs Form 7501), dated February 11, 2000 | 2 |
| Customs Bond (Customs Form 301) submitted by B.B. Pallets | 3 |
| Notice of Action (Customs Form 29) to B.B. Pallets, dated July 6, 2000 | 4 |
| Notice of Penalty or Liquidated Damages Incurred and Demand for Payment (Customs Form 5955A), dated August 14, 2000 | 4A |
| Notice of Penalty or Liquidated Damages Incurred and Demand for Payment (Customs Form 5955A), dated October 20, 2000 | 5 |
| Notice of Penalty or Liquidated Damages Incurred and Demand for Payment (Customs Form 5955A), dated October 20, 2000 | 6 |
| Notice of Penalty or Liquidated Damages Incurred and Demand for Payment (Customs Form 5955A), dated August 5, 2001 | 7 |
| Petitions for Relief from Liquidated Damages Claims submitted by B.B. Pallets, dated January 18, 2001, February 26, 2001, and June 1, 2001 | 8 - 32 |
| Protest No. 0901-00-100490, filed by B.B. Pallets, dated December 13, 2000 | 33 |

**DOCUMENT** **PAGE**

Protest No. 0901-00-100508, filed by B.B. Pallets, dated December 21, 2000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34 - 40

U.S. Customs Service Decision denying Protest No. 0901-00-100490, dated September 4, 2002 . . . . . . . . . . . . . . . . 41 - 47

U.S. Customs Service Decision denying Protest No. 0901-00-100508, (Section VI of Customs Form 19), dated February 2, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

Jul-23-04 08:58am From-Assistant Chief Councel 317 T-545 P.010/012 F-681

AFFILIATED CUSTOMS BROKER EG6
3871 HARLEM ROAD-SUITE 12
BUFFALO NY 14215

| | |
|---|---|
| Entry No. | 7614006-4 |
| Entry Type Code | 01 ABI/A |
| Entry Summary Date | LST # : 164 |
| 4. Entry Date | 1/24/00 |
| 5. Port Code | 0901 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 30-026373 PAGE |

LK

9. Ultimate Consignee Name and Address

KINGS COMPANY
555 TIBBETTS WICK ROAD

GIRARD OH 44420

IN
STATE

10. Consignee No. 34-6604509

11. Importer of Record Name and Address

B B PALLETS INC

701 RUE DUBOIS
ST EUSTACHE PQ J7P3W 1

12. Importer No. 920201-3129C

| | |
|---|---|
| 13. Exporting Country | CA |
| 14. Export Date | 1/12/00 |
| 15. Country of Origin | XO |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B L or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | XQBBPAL701STE |
| 22. Reference No. | 14-1776231-0( |
| 23. Importing Carrier | MPH |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 0901 |
| 27. Import Date | 1/12/00 |

| 28. Line No. | 29. Description of Merchandise: 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 23 BDLS/ WOODEN LOADING BLOCKS INV. NO. 001 | | | N | | | |
| 001 | OTHER PALLETS,OTHERLOAD BOARDS | | | | | | |
| CA | 4415.20.8000 | 19,958 | 11160 NO | 5,277 C 1 | FREE | | FREE |

INV VAL US $ 7,377.00
Less Freight 2,100.00
ENTVAL 5,277.00

BLOCK 39 SUMMARY :

TOTAL ENTERED VALUE: 5,277.00

38. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.

I further declare that the merchandise
[ ] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [X] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | |
| | E. Ascertained Total | 40. Total | .00 |

41. Signature of Declarant, Title, and Date

PAUL S. KOVACS/HB

Customs Form 7501 (030884)

1 RECORD

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

AFFILIATED CUSTOMS BROKER E06
3871 HARLEM ROAD-SUITE 12
BUFFALO NY 14215

| | | |
|---|---|---|
| 1. Entry No. 7614450-4 | 2. Entry Type Code 01 ABI/A | 3. Entry Summary Date |
| 4. Entry Date 2/11/00 | 5. Port Code 0901 | |
| 6. Bond No. 891 | 7. Bond Type Code 8 | 8. Broker / Importer File No. 30-027317 PAGE : |

9. Ultimate Consignee Name and Address
KINGS COMPANY
555 TIBBETTS WICK ROAD
GIRARD OH 44420
AL STATE

10. Consignee No. 34-6604509

11. Importer of Record Name and Address
B B PALLETS INC
701 RUE DUBOIS
ST EUSTACHE PQ J7P3W 1

12. Importer No. 920201-31290

| | |
|---|---|
| 13. Exporting Country CA | 14. Export Date 2/02/00 |
| 15. Country of Origin XO | 16. Missing Documents |
| 17. I.T. No. | 18. I.T. Date |

| | | | |
|---|---|---|---|
| 19. B L or AWB No. | 20. Mode of Transportation 30 | 21. Manufacturer I.D. XQBBPAL701STE | 22. Reference No. 14-1776231-0( |
| 23. Importing Carrier EXPRESS | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. 0901-00-100508 | |
| 26. U.S. Port of Unlading 0901 | 27. Import Date 2/02/00 | | |

| 28. Line No. | 29. Description of Merchandise — 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 28 BDLS/ WOODEN LOADING BLOCKS INV. NO. 001 | | | M | | | |
| 001 | OTHER PALLETS, OTHERLOAD BOARDS | | | | | | |
| | CA ~~4415.20.8000~~ 4407.10.0015 | 19,955 | 14224 NO | 3,935 C 1 | FREE | | FREE |
| | INV VAL US $ | | 6,535.00 | | | | |
| | Less Freight | | 2,600.00 | | | | |
| | ENTVAL | | 3,935.00 | | | | |
| | BLOCK 39 SUMMARY : | | | | | | |
| | TOTAL ENTERED VALUE: | | 3,935.00 | | | | |

5690

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [X] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE

| | | TOTALS | |
|---|---|---|---|
| A. Liq. Code 99/42 | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | |
| | E. Ascertained Total | 40. Total | .00 |

41. Signature of Declarant, Title, and Date
PAUL S. KOVACS/DW

MUST BE PAID BY ...

2

RECORD

Customs Form 7501 (030984)

COAL # 1685588

UNITED STATES CUSTOMS SERVICE

# CUSTOMS BOND

19 CFR Part 113

BOND NUMBER (Assigned by Customs) 029501474

CUSTOMS USE ONLY — FILE REFERENCE

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date: 5-10-95

**SECTION I**—Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| | | | |
|---|---|---|---|
| ☐ ~~SINGLE TRANSACTION BOND~~ | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) | Date of transaction | Transaction district & port code: 02-01 |
| ☒ CONTINUOUS BOND | Effective date: 5-12-95 | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the time period and manner prescribed in the Customs Regulations. | |

**SECTION II**—This bond includes the following agreements.[2] (Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.)

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| ☒ 1 | Importer or broker ........ 113.62 | 50,000. | ☐ 5 | ~~Public Gauger ........ 113.67~~ | N/A |
| ☐ 1a | ~~Drawback Payment Refunds ........ 113.65~~ | | ☐ 6 | ~~Wool & Fur Products Labeling Acts Importation (Single Entry Only) ........ 113.68~~ | N/A |
| ☐ 2 | ~~Custodian of bonded merchandise ........ 113.63 (Including bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators)~~ | N/A | ☐ 7 | ~~Bill of Lading (Single Entry Only) ........ 113.69~~ | N/A |
| ☐ 3 | ~~International Carrier ........ 113.64~~ | N/A | ☐ 8 | ~~Detention of Copyrighted Material (Single Entry Only) ........ 113.70~~ | N/A |
| ☐ 3a | ~~Instruments of International Traffic ........ 113.66~~ | | ☐ 9 | ~~Neutrality (Single Entry Only) ........ 113.71~~ | N/A |
| ☐ 4 | ~~Foreign Trade Zone Operator ........ 113.73~~ | N/A | ☐ 10 | ~~Court Costs for Condemned Goods (Single Entry Only) ........ 113.75~~ | N/A |

**SECTION III**—List below all tradenames or unincorporated divisions that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s).[3] (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III: 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety

WASHINGTON INTERNATIONAL INSURANCE COMPANY
1930 THOREAU DRIVE SUITE 101
SCHAUMBURG, IL 60173

| | Name and Address | Importer No. / Signature | |
|---|---|---|---|
| PRINCIPAL[4] | B B Pallets Inc.<br>(A Quebec Corp)<br>701 Dubois St<br>St. Eustache, PQ J7P 3W1 | Importer No.[5] 920201-31290<br>SIGNATURE[6] A.N. Deringer, Inc Atty-in-fact [signature] | SEAL |
| PRINCIPAL[4] | Name and Address | Importer No.[5]<br>SIGNATURE[6] | SEAL |
| SURETY[6] | Name and Address[7]<br>WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>(AN ARIZONA CORPORATION)<br>1930 THOREAU DRIVE SUITE 101<br>SCHAUMBURG, IL 60173 | Surety No.[7] 891<br>SIGNATURE[6] [signature]<br>Attorney-in-Fact | CORPORATE SEAL |
| SURETY[6] | Name and Address[7] | Surety No.[7]<br>SIGNATURE[6] | SEAL |

| SURETY AGENTS | Name[8] | Identification No.[9] | Name[8] | Identification No.[9] |
|---|---|---|---|---|
| | Teresa Longway | 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 | | |

PART 1—U.S. CUSTOMS

Customs Form 301 (111883)

Received Jul-23-04 08:07am From-802 627 1398 To-9178144617 Page 002

# NOTICE OF ACTION

This is NOT a Notice of Liquidation

1. DATE OF THIS NOTICE: July 6, 2000

| 2. CARRIER | 3. DATE OF IMPORTATION | 4. DATE OF ENTRY | 5. ENTRY NO. |
|---|---|---|---|
| | / / | 01/24/00 | EG6-7614006-4 |

| 6. MFR/SELLER/SHIPPER | 7. COUNTRY | 8. CUSTOMHOUSE BROKER AND FILE NO. |
|---|---|---|
| B B Pallets Inc. | Canada | Affiliated Customs Brokers (EG6) |

9. DESCRIPTION OF MERCHANDISE: Wooden Loading Blocks

10. TO
B B Pallets Inc.
701 Rue Dubois
St. Eustache, QU Canada J7P 3W1

11. FROM
US CUSTOMS SERVICE
PORT DIRECTOR
FIELD OPERATIONS DIVISION
111 WEST HURON STREET
BUFFALO, NEW YORK 14202-2378

12. THE FOLLOWING ACTION, WHICH WILL RESULT IN AN INCREASE IN DUTIES, -

☒ IS PROPOSED — IF YOU DISAGREE WITH THIS PROPOSED ACTION, PLEASE FURNISH YOUR REASONS TO THIS OFFICE WITHIN 20 DAYS FROM THE DATE OF THIS NOTICE. AFTER 20 DAYS THE ENTRY WILL BE LIQUIDATED AS PROPOSED.

☐ HAS BEEN TAKEN — THE ENTRY IS IN THE LIQUIDATION PROCESS AND IS NOT AVAILABLE FOR REVIEW IN THIS OFFICE

TYPE OF ACTION

A. ☐ RATE ADVANCE

B. ☐ VALUE ADVANCE

C. ☐ EXCESS ☐ WEIGHT ☐ QUANTITY

D. ☒ OTHER ( See Below)

13. EXPLANATION (Refer to Action letter description above)

The merchandise described on your invoice as "Wooden loading blocks" is classified as continuously shaped wood under CA4409.10.9040/free. It is therefore subject to the US/Canadian Softwood lumber Agreement and requires a permit.

Liquidated damages in the amount of $100 per thousand boart foot will be assessed against these shipments for failure to timely submit a valid US/Canadian Softwood Lumber permit.

Entries Included:

| | | | |
|---|---|---|---|
| EG6-7614006-4 dtd 1/24/00 | EG6-7613440-6 dtd 12/20/99 | EG6-7613591-6 dtd 12/28/99 | EG6-7613777-1 dtd 1/10/00 |
| EG6-7613778-9 dtd 1/10/00 | EG6-7613779-7 dtd 1/10/00 | EG6-7614290-4 dtd 2/4/00 | EG6-7614450-4 dtd 2/11/00 |
| EG6-8614466-0 dtd 2/14/00 | EG6-7614565-9 dtd 2/22/00 | EG6-7614728-3 dtd3/1/00 | EG6-7614728-3 dtd 3/1/00 |
| EG6-7614795-2 dt 3/6/00 | EG6-7613642-7 dtd 12/30/99 | | |

| 14. CUSTOMS OFFICER | 15. TEAM DESIGNATION | 16. TELEPHONE |
|---|---|---|
| Steven J. Friedland (signature) Steven Friedland | CST164 | (716) 646-3400 Ext. 214 |

## NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT

19 CFR 18.6, 172.31

Port Name and Code: ~~0901 BUFFALO, NEW YORK~~

Investigation File No.

TO:
B B PALLETS INC
701 DUBOIS ST
ST EUSTACHE
P0CAJ7?9H1

~~ID. 0202013129C~~ PAGE 1 OF 1

DEMAND IS HEREBY MADE FOR PAYMENT OF $ ~~1,322.43~~, representing ☐ Penalties or ☐ Liquidated Damages

assessed against you for violation of law or regulation, or breach of Bond, as set forth below:

FAILURE TO PROVIDE LUMBER CERTIFICATE. COMPUTATION WAS BASED ON $100 PER THOUSAND BOARD FEET FOR ENTRY 8EG6-7611005 4 DATED 1/24/00 AND RELEASED 1/12/00

OTHER LIQUIDATED DAMAGES

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| OTHERLLQDAM 19CFR113.62 | BOND TYPE: IMPORTER BROKER BOND # 029501474 |

| DESCRIPTION OF BOND (if any) | Form Number | Amount | Date |
|---|---|---|---|
| | | $ ~~50,000~~ | ~~01/12/1995~~ |

Name and Address of Principal on Bond: B B PALLETS INC 701 DUBOIS ST ST EUSTACHE CANADA, PQ J7E5H1

Name and Address of Surety on Bond: WASHINGTON INTERNATIONAL INS CO 300 PARK BOULEVARD SUITE 500 ITASCA IL 60143

Surety Identification No.: 501

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the FP&F Officer at

U S CUSTOMS SERVICE/FP&F 111 W HURON ST ROOM 603 BUFFALO, NY 14202

Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F Officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF (Days from the date of this Notice): 60

| Signature | Title | Date |
|---|---|---|
| MAUREEN OCONNOR | FP&F OFFICER | 08/14/2000 |

By

Customs Form 5955A (110195)

4A

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

FC3

**NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT**

19 CFR 18.6, 172.31

Case Number: 20000901 20338501

Port Name and Code: 0901 BUFFALO, NEW YORK

Investigation File No.

TO: WASHINGTON INTERNATIONAL INS CO
1200 ARLINGTON HEIGHTS ROAD
SUITE 400
ITASCA IL 60143

ID# 9202018129 0

PAGE 1 OF 1

DEMAND IS HEREBY MADE FOR PAYMENT OF $ 1,348.40, representing ☐ Penalties or ☐ Liquidated Damages
*assessed against you for violation or law or regulation, or breach of bond, as set forth below:*

FAILURE TO PROVIDE LUMBER CERTIFICATE. COMPUTATION WAS BASED ON $100 PER THOUSAND BOARD FEET FOR ENTRY 4E36-7810064 DATED 1/24/00 AND RELEASED 1/12/00

OTHER LIQUIDATED DAMAGES

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| OTHERLIQDAM<br>19CFR113.62 | BOND TYPE: IMPORTER BROKER<br>BOND # 023501171 |

| DESCRIPTION OF BOND (if any) | Form Number | Amount | Date |
|---|---|---|---|
| | | $ 50,000 | 05/12/1995 |

Name and Address of Principal on Bond: B B PALLETS INC
701 DUBOIS ST, ST EUSTACHE, CANADA, PQ J7P3W1

Name and Address of Surety on Bond: WASHINGTON INTERNATIONAL INS CO
1200 ARLINGTON HEIGHTS ROAD, SUITE 400, ITASCA, IL 60143

Surety Identification No.: 891

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the FP&F Officer at

U.S. CUSTOMS SERVICE/FP&F, 111 W.HURON ST., ROOM 603, BUFFALO, NY 14202

Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F Officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF (Days from the date of this Notice): 60

| Signature | Title | Date |
|---|---|---|
| MAUREEN OCONNOR | FP&F OFFICER | 10/20/2000 |

By



Customs Form 5955A (110195)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

F03

**Case Number:** 2000090120336891

**Port Name and Code:** 0901 BUFFALO, NEW YORK

**Investigation File No.:**

## NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT

19 CFR 18.6, 172.31

TO: WASHINGTON INTERNATIONAL INS CO
1200 ARLINGTON HEIGHTS ROAD
SUITE 400
ITASCA IL60143

ID: 32020131290

PAGE 1 OF 1

DEMAND IS HEREBY MADE FOR PAYMENT OF $ 563.00, representing ☐ Penalties or ☐ Liquidated Damages assessed against you for violation or law or regulation, or breach of bond, as set forth below:

FAILURE TO PROVIDE LUMBER CERTIFICATE. COMPUTATION WAS BASED ON $100 PER THO USGAO BOARD FEET FOR ENTRY 4E66-76144504 DATED 2/11/00 AND RELEASED 2/2/00.

OTHER LIQUIDATED DAMAGES

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| OTHERLIQDAM<br>19CFR113.62 | BOND TYPE: IMPORTER BROKER<br>BOND # 029501474 |

| DESCRIPTION OF BOND (if any) | Form Number | Amount | Date |
|---|---|---|---|
| | | $ 50,000 | 05/12/1995 |

Name and Address of Principal on Bond: B B PALLETS INC
701 DUBOIS ST. ST EUSTACHE, CANADA, PA J7P3W1

Name and Address of Surety on Bond: WASHINGTON INTERNATIONAL INS CO
1200 ARLINGTON HEIGHTS ROAD, SUITE 400, ITASCA, IL 60143

Surety Identification No.: 891

*If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you* should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the FP&F Officer at

U.S. CUSTOMS SERVICE/FP&F, 111 W.HURON ST., ROOM 603, BUFFALO, NY 14202

Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F Officer within the indicated time limit, further action will be taken in connection with your *bond or the matter will be referred to the United States Attorney.*

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF (Days from the date of this Notice): 60

| Signature | Title | Date |
|---|---|---|
| MAUREEN OCONNOR | FP&F OFFICER | 10/20/2000 |

By



Customs Form 5955A (110195)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

F03

NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

19 USC 1618, 19 USC 1623

Case Number: 2001-3801-201647-01
200138012016 4701

Port Name and Code: 3801 DETROIT, MI

Investigation File No.

TO: WASHINGTON INTERNATIONAL INS CO
1200 ARLINGTON HEIGHTS ROAD
SUITE 400
ITASCA ILCA60143

ID: 92020131290

PAGE 1 OF 1

DEMAND IS HEREBY MADE FOR PAYMENT OF $ 1,601.20 representing ☐ Penalties or ☒ Liquidated Damages assessed against you for violation or law or regulation, or breach of bond, as set forth below:

ENTRY EG6-7811257-4 WAS FILED ON 07-05-00 AND IS SUBJECT TO THE PROVISIONS OF THE SOFTWOOD LUMBER AGREEMENT. LIQUIDATED DAMAGES ARE ASSESSED PURSUANT TO 19USC113.62(K) AND 113.62(1)(5) IN THE AMOUNT OF $100.00 PER THOUSAND BOARD FEET OF LUMBER. NO RELEIF WILL BE GRANTED UNTIL THE CERTIFICATE IS PROVIDED.

OTHER LIQUIDATED DAMAGES

IN ACCORDANCE WITH PART 172 OF THE CUSTOMS REGULATIONS, YOU MAY:

NO RELIEF GRANTED PRINCIPAL.

ENTRY# EG6-7811257-4

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| OTHERLIQDAM<br>19CFR113.62 | BOND TYPE: IMPORTER BROKER<br>BOND # 029501474 |

| DESCRIPTION OF BOND (if any) | Form Number | Amount | Date |
|---|---|---|---|
| | | $ 50,000 | 05/12/1995 |

Name and Address of Principal on Bond: B B PALLETS INC
701 DUBOIS ST, ST EUSTACHE, CANADA, PQ J7P3K1

Name and Address of Surety on Bond: WASHINGTON INTERNATIONAL INS CO
1200 ARLINGTON HEIGHTS ROAD, SUITE 400, ITASCA, IL 60143

Surety Identification No.: 891

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the FP&F Officer at

U.S. CUSTOMS SERVICE/FP&F, 477 MICHIGAN AVE, RM 200, DETROIT, MI 48226

Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F Officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF (Days from the date of this Notice): 60

| Signature | Title | Date |
|---|---|---|
| DARRELL E. WOODARD | FP&F OFFICER 313-442-0369 | 06/05/2001 |

By

7

Customs Form 5955A (08/00)