# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: November 4, 2004)

**************************************************
B.B. PALLETS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

The Court intends to schedule Oral Argument on the Defendant's Motion to Dismiss during December 1-15, 2004.

Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at (202) 219-9565, **of the proposed oral argument dates no later than November 15, 2004**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m. The oral argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel must appear in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge