# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: November 15, 2004)

****************************************************
B.B. PALLETS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

This Order confirms **Oral Argument** is scheduled in this matter for **2:00 p.m., on Thursday, December 9, 2004**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel must appear in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge