# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC., | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 03-2748 |
| UNITED STATES, | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW Plaintiff, B.B. Pallets, Inc., by and through its attorneys, JONES & STUART, LLP, and A. Woodson Stuart, Esq., 2300 M Street, NW, Suite 800, Washington, D.C. 20037, Tel: (202) 297-3196, Fax: (202) 338-0270, and hereby requests leave to file the attached Surreply in Opposition to the Defendant's Motion to Dismiss, based on the points and authorities set forth in the accompanying memorandum.

Respectfully submitted,

Date: November 31, 2004

s/*A. Woodson Stuart*

A. Woodson Stuart, Esq.
JONES & STUART, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorneys for Plaintiff B.B. Pallets, Inc.*