**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| B.B. PALLETS, INC., *Plaintiff,* | ) | |
| v. | ) | Case No. 03-2748 |
| UNITED STATES, *Defendant.* | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Plaintiff, B.B. Pallets, Inc., by and through its attorneys, JONES & STUART, LLP, and A. Woodson Stuart, Esq., 2300 M Street, NW, Suite 800, Washington, D.C. 20037, Tel: (202) 297-3196, Fax: (202) 338-0270, and hereby submits this Memorandum in Support of Plaintiff's Motion for Leave to File Surreply in Opposition to the Defendant's Motion to Dismiss, and states as follows:

Under the Special Procedures Order issued by the Court on December 19, 2003, in this matter:

> A party wishing to advance new arguments in a reply brief must request leave of court. *Requests are disfavored.*

*Id.* Paragraph 10 (emphasis in original). The Reply brief filed in support of the Defendant's Motion to Dismiss raises a "new argument." Specifically,

the Defendant argues for the first time in its Reply brief that U.S. Customs promulgated a regulation whose purpose and effect was to "eliminate" the jurisdictional "gap" identified by the Federal Circuit in *Trayco. See* Reply in Support of Def.'s Mot. to Dismiss at 32 (quoting *Notice of Proposed Rulemaking,* 65 Fed. Reg. 53565, 53567 (U.S. Customs Sept. 5, 2000) and 19 C.F.R. § 172.22(b) (2004)). This argument is not responsive to anything in the Plaintiff's Opposition brief. Indeed, 19 C.F.R. § 172.22(b) is not even cited in the Plaintiff's Opposition brief.

For the foregoing reasons, the Plaintiff either should be allowed to file a surreply addressing the government's new argument or that argument should be disregarded as not properly before the Court.

Respectfully submitted,

Date: November 31, 2004

s/*A. Woodson Stuart*

A. Woodson Stuart, Esq.
JONES & STUART, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorneys for Plaintiff B.B. Pallets, Inc.*