# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: December 15, 2004)

*****************************************************
B.B. PALLETS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

This order confirms matters discussed at the Oral Argument that this Court held on December 9, 2004. **As an initial matter the Court granted the Plaintiff's Amended Motion for Leave to File Surreply in Opposition to Defendant's Motion to Dismiss, filed on December 1, 2004.** The Defendant did not oppose the Plaintiff's motion.

The Court hereby adopts the following supplemental briefing schedule, as suggested by the parties:

1) The Defendant's Supplemental Brief is due no later than January 12, 2005;

2) The Plaintiff's Supplemental Brief and Reply is due no later than January 26, 2005; and,

3) The Defendant's Response is due no later than February 7, 2005.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge