IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 03-2748C |
| v. | ) | Hon. Lawrence M. Baskir, J. |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S CONSENT MOTION
FOR AN ENLARGEMENT OF TIME

Plaintiff, B.B. Pallets, Inc., respectfully requests an enlargement of time of nine days, through and including February 4, 2005, within which to file and to serve its response to defendant's supplemental brief. We notified defendant's counsel of our intent to request an enlargement of time, and he informed us that the defendant consents to this request.

Additional time is necessary to fully address the substantial amount of case law cited by the defendant in its supplemental brief.

For the foregoing reason, we respectfully request that this

motion be granted and the time for responding to the supplemental brief be enlarged until February 4, 2005.

Respectfully submitted,

*/s/ A. Woodson Stuart*

A. Woodson Stuart
Cheryl L. Jones
JONES & STUART, LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
Tele: (202) 297-3196
Fax: (202) 318-8317

Attorneys for Plaintiff

January 26, 2005