IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 03-2748C |
| v. | ) | Hon. Lawrence M. Baskir, J. |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

UPON CONSIDERATION of the plaintiff's consent motion for extension of time to file a response to the defendant's motion to dismiss, now, after due deliberation, it is hereby ORDERED and ADJUGED that said motion be, and hereby is GRANTED.

Date: ______________

It is SO ORDERED.

______________________________
The Honorable Lawrence M. Baskir
Judge