# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: February 2, 2005)

*****************************************************
B.B. PALLETS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

**Plaintiff's unopposed Motion for an Enlargement of Time, until February 4, 2005, to file its response to Defendant's Supplemental Brief is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge