IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| B.B. PALLETS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2748C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 14 days, through and including March 4, 2005, within which to file and to serve its reply to plaintiff's brief regarding justiciability in the Court of International Trade. Our response is currently due on February 18, 2005. We notified plaintiff's counsel of our intent to request an enlargement of time, and he informed us that plaintiff will not oppose this, our first request for an enlargement of time for this purpose.

The United States is requesting more than the usual 14 days to file a reply to a dispositive motion to accommodate the schedule of the undersigned attorney, who is has just returned from office from paternity leave and is presently working less than full-time to assist at home.

In addition, the undersigned has obligations in other cases. On February 23, 2005, the undersigned is responsible for presenting the report

of an expert witness in Bull v. United States, Fed. Cl. No. 01-56C. On February 28, 2005, the undersigned is required to file a status report in Metz v. United States, Fed. Cl. No. 00-540C.

Finally, the office in which counsel for the United States Customs and Border Protection works is unexpectedly busy. Thus, representatives of the agency require additional time necessary to assist in coordinating the contents of our reply brief.

For these reasons, we respectfully request that this motion be granted and the time for filing the reply to plaintiff's brief regarding justiciability be enlarged until March 4, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director