# In the United States Court of Federal Claims

Case No. 03-2748C
(Filed: February 18, 2005)

*****************************************************

| | |
|---|---|
| B.B. PALLETS, INC., | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |

*****************************************************

## ORDER

**Defendant's unopposed Motion for an Enlargement of Time of 14 days, until March 4, 2005, to file its reply to Plaintiff's brief regarding justiciability in the Court of International Trade is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge